```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE J04-0014--CV (RRB)
                      "MARY MILLER ET AL V SOUTHEAST AK REGIONAL HEA"

                    Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 04/30/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice
                    28 USC 2671-2680
            Origin: (1) Original Proceeding
            Demand: 1000
        Filing fee: Paid $150.00 on 04/30/04 receipt # 10096785
          Trial by: Jury
```

Parties of Record:                                  Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | MILLER, MARY | Michael Jude Pate<br>Pate & Voluck<br>POB 6384<br>Sitka, AK 99835<br>907-747-2814<br>FAX 907-747-2834 |
| DEF 1.1 | SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM | Daniel R. Cooper<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071<br>FAX 907-271-2344 |
| DEF 2.1 | [T] MT. EDGECUMBE HOSPITAL | No counsel found for this party! |
| DEF 3.1 | U.S. DEPT OF HEALTH & HUMAN SERVICES | Daniel R. Cooper<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE J04-0014--CV (RRB)
           "MARY MILLER ET AL V SOUTHEAST AK REGIONAL HEA"

                        For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 04/30/04
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (362) Personal injury - medical malpratice
                   28 USC 2671-2680
           Origin: (1) Original Proceeding
           Demand: 1000
       Filing fee: Paid $150.00 on 04/30/04 receipt # 10096785
         Trial by: Jury


Document #   Filed      Docket text

    1 -  1   04/30/04   Complaint filed.

    1 -  2   04/30/04   PLF 1 Jury Demand.

    2 -  1   04/30/04   PLF 1 Attorney Appearance by M. Jude Pate.

 NOTE -  1   05/28/04   Issued: Summons.

 NOTE -  2   06/07/04   Issued: Summons for USAtty, USAtty-Anch.

    3 -  1   07/09/04   PLF 1 Return of Service Executed 6/24/04 to USAtty-Wash. D.C.

    4 -  1   07/09/04   PLF 1 Return of Service executed on D-1 (6/18/04), D-3 (6/21/04) and
                        USA-Anc (6/21/04).

    5 -  1   08/20/04   DEF 1; 3 Unopposed motion for extension of time until 9/17/04 to file
                        answer or responsive pleading.

    5 -  2   08/23/04   RRB Order granting unopposed motion for extension of time until 9/17/04
                        to file answer or responsive pleading (5-1).  cc: cnsl

    6 -  1   09/17/04   DEF 1; 3 motion to dismiss for lack of subject matter jurisdiction Rule
                        12(b)(1) FRCP.

    7 -  1   10/06/04   Stipulation and Order ext to 10/15/04 opposition to motion to dismiss.
                        (6-1)

    8 -  1   10/19/04   PLF 1 opposition to DEF 1; 3 motion to dismiss for lack of subject
                        matter jurisdiction Rule 12(b)(1) FRCP w/att affidavits and exhs.. (6-1)

    9 -  1   10/25/04   DEF 1; 3 reply to opposition to DEF 1; 3 motion to dismiss for lack of
                        subject matter jurisdiction Rule 12(b)(1) FRCP (6-1).

   10 -  1   11/01/04   RRB Order denying motion to dismiss for lack of subject matter
                        jurisdiction Rule 12(b)(1) FRCP (6-1).  cc: cnsl

   11 -  1   11/12/04   DEF 1; 3 Answer to Complaint
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE J04-0014--CV (RRB)
                    "MARY MILLER ET AL V SOUTHEAST AK REGIONAL HEA"

                                    For all filing dates


 Document #    Filed       Docket text

     12 -  1   11/15/04    RRB Minute Order unless one of the parties file a notice by 12/1/04 this
                           case will proceed to ENE with Judge von der heydt.  cc: cnsl, Judge von
                           der heydt, ADR Administrator

     13 -  1   12/01/04    DEF 1; 3 Report re: Declination to participate in early neutral
                           evaluation.

     14 -  1   12/06/04    RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                           due w/i 28 days from svc of this ord. cc: cnsl

     15 -  1   01/04/05    PLF 1; DEF 1; 3 Scheduling & Planning Conference Report.

     16 -  1   01/06/05    RRB Scheduling and Planning Order setting pretrial deadlines: Original
                           discovery 06/30/05; Dispositive motions deadline 07/29/05; Estimate of
                           trial 4 days. cc: cnsl

     17 -  1   03/23/05    PLF 1 Unopposed motion to accept late-filed preliminary witness list
                           w/att affidavit and lodged prelim wit list.

     18 -  1   03/29/05    RRB Order granting unopposed motion to accept late-filed preliminary
                           witness list (17-1). cc: cnsl

     19 -  1   03/29/05    PLF 1 [Preliminary] Witness List.

     20 -  1   05/31/05    DEF 3 Witness List.

     21 -  1   06/17/05    PLF 1 Stipulation for continuance of discovery for two months; discovery
                           to be completed by 8/30/05.  All motions under discovery due by 9/29/05.
                           Dispositive motions due by 9/29/05.

     22 -  1   06/20/05    RRB Order granting stipulation for continuance of discovery for two
                           months; discovery (21-1): Discovery to close 08/30/05; Dispositive
                           motions deadline 09/29/05. cc: cnsl

     23 -  1   09/02/05    PLF 1 [Final] Witness List.

     24 -  1   10/06/05    PLF 1 Stipulation for discovery Conference w/proposed deadlines for
                           close of discovery to be complete by 12/2/05, dispositive ddln by
                           1/13/06.

     24 -  2   10/06/05    RRB Order granting stipulation for discovery Conference (24-1) & setting
                           the following dates: Discovery to close 12/02/05; Dispositive motions
                           deadline 01/13/06. cc: cnsl

     25 -  1   11/15/05    DEF 1 Witness List.

     26 -  1   11/23/05    PLF 1 motion to compel w/att memo.
```