Michael Jude Pate
Law Offices of Jude Pate & David Voluck
P.O. Box 6384
Sitka, Alaska 99835
(907) 747-2814
(907) 747-2834 fax
jude@ptialaska.net

LODGED
NOV 23 2005

FILED
DEC 21 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MARY MILLER, AS PERSONAL
REPRESENTATIVE FOR THE
ESTATE OF SARAH JAMES

    Plaintiff,

vs.

THE SOUTHEAST ALASKA
REGIONAL HEALTH
CONSORTIUM,
MT. EDGECUMBE HOSPITAL
AND DEPARTMENT OF HEALTH
& HUMAN SERVICES, UNITED
STATES OF AMERICA,

    Defendants.

Case No. J04-0014CV (RRB)

**ORDER ON MOTION TO COMPEL**

Having considered the arguments by Plaintiff and noting no opposition thereto, the Plaintiff's motion to compel production is hereby GRANTED. The Defendants shall provide production requested on or before January 5, 2006 ~~within ten days of the date of this order.~~

Ralph R. Beistline
United States District Judge

J04-0014--CV (RRB)                     Page 1 of 1

M. PATE
D. COOPER (USA)     12-31-05