TIMOTHY M. BURGESS
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
(907) 271-5071
(907)271-2344 - Fax
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARY MILLER, as personal representative of the Estate of Sarah James<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM, and DEPARTMENT OF HEALTH and HUMAN SERVICES<br><br>Defendants. | Case No. J04-014CV (RRB)<br><br>**AFFIDAVIT OF IDA M. BLANCHETTE, R.N., IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Ida M. Blanchette, being first duly sworn, deposes and says:

1. I am the Nursing Administrator at Mt. Edgecumbe Hospital, and have been so employed since September 13, 2005. My duties include supervision of the nursing staff to assure compliance with the

**Exhibit A**

hospital's polices and procedures for nursing care.

2.    I am a Registered Nurse, and have had my license since 1970. I graduated from Philadelphia General Hospital School of Nursing in 1970.

3.    I have reviewed the hospital records attached to my affidavit. The records consist of pages HHS-780 - 781, 812, 784 - 785, 800 - 803, 840 - 842, 874 - 876, and 910. These records concern the hospital stay of Sarah James on December 4, 2000 and relate to the nursing care she was given on that day.

4.    I have paid particular attention to pages 784 - 785, 800 - 803, 812, 840 - 842, and 874 - 876, which are the doctor's orders, nursing assessment, nursing notes and flow sheets for Mrs. James nursing care.

5.    I have also reviewed the Hospital's policies concerning use of restraints on patients which were in effect at that time (December 4, 2000). A copy of those procedures is also attached to my affidavit as pages MTEH0000001850 - 1852.

6.    Based upon my training and experience, I am of the opinion that the care provided Mrs. James on December 4, 2000, complied with the policies and procedures of the Hospital. Specifically, I am of the

opinion that putting up the bed rails and placing a bed alarm on Mrs. James was the least restrictive set of restraints which should have reasonably been placed on Mrs. James at that time. After the fall, she was placed in a Posey Vest which essentially ties her to the bed.

7.    The policy requires that all patients be assessed for injury potential at the time of admission. (See, MTEH 1850, ¶ 1.). This was done for Mrs. James. HHS 800 - 803. Her fall assessment (MTEH 1850, ¶ 4.) was performed at HHS 802. She was placed in a bed with all four rails up, a bed monitor, and visual checks every 15 minutes. HHS 812, 874. The call light was in reach according to the Nursing Observation Safety Assessment (HHS 874. Code J is present from her admission on the floor on December 4, 2000 up through the time of her fall at 1830).

8.    The policies required the use of the least restrictive safety device necessary to assure patient safety. (See, MTEH 1851, ¶ 6.). I believe this was done. Mrs. James threat for falling was noted in the Doctor's Orders. HHS 784. However, placing the bed rails up and putting a bed monitor on her was the least restrictive method for keeping her in bed and alerting nursing staff if she were to get out of bed.

9.    In my opinion, using a Posey Vest to keep her in bed initially would

have been too restrictive, given her history and assessment.

However, placing her in the Posey Vest after she first demonstrated that she would and could climb over the bed rails was appropriate.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Sitka, Alaska this 10th day of January, 2006.

Ida M. Blanchette, R.N.

Subscribed and sworn to before me this 10 day of January, 2006.

Notary Public
KENDRA POUNTNEY
State of Alaska
My Commission Expires May 20, 2009

Notary Public
My commission expires: 5/20/09



SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM
Mt. Edgecumbe Hospital
222 Tongass Drive
Sitka, AK 99835 Tele: (907) 966.2411

## HISTORY AND PHYSICAL EXAMINATION REPORT

**DATE OF ADMISSION:** 12/04/00

**HISTORY OF PRESENT ILLNESS:** The patient is an 82-year-old woman from Sitka who is admitted after a fall. She was at home getting ready to go some place, and her care taker went to the bathroom. Sarah wandered out of the house and fell on the sidewalk. She was brought to the emergency room by the ambulance screaming and very agitated saying that everything hurt. When we could finally get her calmed down a little bit it seemed that she was complaining mostly of her left wrist and left costal margin. She had extensive x-rays of her neck, her hips, her left shoulder, left elbow, left wrist, left hand, and no fractures were found. The x-rays of the cervical spine showed considerable osteoporosis, but no overlaps and no evidence of vertebral collapse. She does, in the lumbar and thoracic spine show a partial wedge fracture of L1 and an old injury to what looks to be about T8, but neither of these are new. She has what looks like it may be an old fracture of the surgical neck of her left humerus, but again this does not look new. There are no fractures of the wrist. There is no pneumothorax. No rib fractures, although there are some old rib fractures seen on the right side.

**PAST HISTORY**
1. Lumbar compression fracture at L1 and L4
2. Hyponatremia.
3. Dementia
4. Chronic anemia.
5. Vitamin B-12 deficiency.
6. Diverticulosis.
7. History of urinary tract infections.
8. Hypertension.
9. Gastroesophageal reflux disease,
10. Recurrent small bowel obstructions.
11. Gastrointestinal bleeding.
12. Bilateral hearing defect which is still a major problem.
13. History of paroxysmal atrial tachycardia, congestive heart failure.
14. Psychogenic polydypsia.
15. Delirium.
16. Left-sided Bell's Palsy.
17. Fracture of left shoulder with freezing of the left shoulder subsequently and that explains the old surgical neck fracture that I am seeing.
18. Urinary incontinence which remains a problem.
19. Depression.
20. Nasal fractures.

SURGICAL
1. Multiple laparotomies for abdominal trauma in the 1970s.
2. Modified right radical mastectomy for breast cancer in 1982?

continued...

PATIENT: **JAMES,** Sarah (Sitka)
DOB: 08/06/18
MR#: 00-01-44

251

Sarah James #144

3. Dilation and curettage in the past.
4. Surgery on her bowel obstruction.
5. Open reduction internal fixation of a left tibial fracture.
6. Colonoscopy.
7. Bilateral cataract surgeries.

**SOCIAL HISTORY:** She is currently living at home with one of her relatives taking care of her.

**PHYSICAL EXAMINATION**

GENERAL: Irascible 82-year-old who was originally was quite agitated. She seemed to calm down with a little bit of Ativan and is now more cooperative. If she is not frightened, things go reasonably well. She says she is hungry. Speech seems to be okay.

VITAL SIGNS: Blood pressure 156/82. Initial respirations at 26 have calmed down to 18. Pulse was 100 and has dropped to 84. Temperature 98.8. Oxygen saturation 100% on room air.

HEENT: She has a small laceration lateral to her left eye that was closed with two sutures after cleaning and debriding the area. Unremarkable. Pupils are irregular from the cataract surgery, but reactive. Tympanic membranes look okay. Nose and throat are unremarkable. Fundi are normal, discs are sharp.

NECK: Supple.

CHEST: Clear. She also had pain over the left costal margin which has resolved itself.

HEART: S1 is normal. S2 is split. I do not hear any murmurs. She has had transient ischemic attacks in the past but does not seem to be having any trouble with those at the moment.

ABDOMEN: Soft. No masses are felt. Bowel sounds are normal.

EXTREMITIES: After she calmed down, she seems to move all extremities without any difficulty. She originally seemed to have pain over her left wrist, shoulder and elbow but that seems to have resolved itself.

BACK: Straight. She had a little bit of pain in the lumbosacral region which seems back to her usual baseline.

NEUROLOGIC: Within normal limits. No lateralization. It is difficult to say whether she is oriented. She looks and acts like she pretty much always does. She is cooperative one minute and then somewhat irascible the next, but overall reasonably cooperative.

SKIN: Looks pretty much normal.

**DATA:** CBC shows white count 5,200, hematocrit 32, platelet count 486,000. Urinalysis is pending at this point. X-rays, although showing severe osteoporosis, show no recent fractures but show some old fractures of vertebrae and ribs, but nothing acute and also shows an old fracture of the left surgical neck of the humerus.

**IMPRESSION:** Multiple trauma from fall in a fragile 82-year-old woman with multiple other problems.

**PLAN:** We will watch her over night to make sure nothing goes awry and that she looks okay in the morning and that will also give us time to get the radiologist to look at the films. He is not here this afternoon.

Thomas L. Conley, MD slf

D: 12/04/00 4:43 p.m.
T: 12/04/00 5:43 p.m

PATIENT: **JAMES,** Sarah (Sitka)
DOB: 08/06/18
MR#: 00-01-44

252

Sarah James #144

508-112 7540-01-044-5515

**MEDICAL RECORD**

# DOCTOR'S ORDERS

INSTRUCTIONS: Place form on **firm surface**; use pressure on ball point pen. Sign all orders.
Nurse: Remove one copy and send to Pharmacy after each order is written.

| DATE AND TIME | | | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| START | STOP | Rx | | | |
| 12/4/00 1600 | | | Patient deaf & tends to sundown | | |
| | | | Threat to wander & fall | | |
| | | | Multiple trauma | | |
| | | | (L) wrist splint | | |
| | | | Percocet 1 q 6 prn pain p.o. | | |
| | | | 2085 UA on ward // CBC done in ER | | |
| | | | Ativan 1/2 mg p.o. or IM q 6 prn agitation | | |
| | | | Reg diet - no milk product | | |
| | | | VS q 4 while awake | | |
| | | | Haldol 1/2 mg p.o. at hs | | |
| | | | Ambulate c supervision | | |
| | | | noted | | |
| | | | Allergic Lisinopril, codeine, milk, Vicodin (Percocet OK). | | |
| | | | Tetanus up to date | | |
| | | | noted M. Housand, RN | 12/4/00 1730 | |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO.

100144 NTED CC/SITKA
JAMES, SARAH -F-
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 08-06-18 T33 695
NO IHS

Printed on Recycled Paper

**DOCTOR'S ORDERS**
Medical Record

**STANDARD FORM 508** (Rev. 3-94)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

255

Sarah James #144

HHS-784

508-112 7540-01-044-5515

**MEDICAL RECORD**

## DOCTOR'S ORDERS

INSTRUCTIONS: Place form on **firm surface**; use pressure on ball point pen. Sign all orders.
Nurse: Remove one copy and send to Pharmacy after each order is written.

| DATE AND TIME | | | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| START | STOP | Rx | | | |
| | 12/4/00 | | | | |
| | 1905 | 1) | ✓ 1on1 | | |
| | | 2) | ✓ Press | | |
| | | 3) | ✓ Haldol 1/2 mg IM now. | [signature] | |
| | 12/4/00 | | ✓ Oxycontin 10 mg PO Q12° 1st now | | |
| | 2300 | | ✓ Haldol 1 mg PO x 1 now | [signature] | |
| | Noted | | [signature] RN | | |
| | 12/4/00 | | 2340 | | |
| 12/5/00 | 24° | | Chart ✓ | [signature] RN | |
| | 12/5/00 | 1) | ~~[illegible] cath for residual~~ | | |
| | | 2) | | | |
| | 12/5/00 | | 1) [illegible] Foley | | |
| | | | 2) LS spine / (R) hip, femur & knee & pelvis film. Pls. PA & lat skull. | | |
| | | | 3) MS 1-2 mg IM q 1-2hrs. - give 2 mg now | [signature] | |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.

WARD NO.

noted 12-5-00 0900 [signature] RN

000144 NTED CC/SITKA
JAMES, SARAH -F-
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 08-06-18 TR3 695
NO INS

**DOCTOR'S ORDERS**
Medical Record

**STANDARD FORM 508** (Rev. 3-94)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

Printed on Recycled Paper

256

Sarah James #144

1700

Admission Date/Time: 1200 Assessment Time: 1700 RN Signature: [signature] RN

T = 98.8 P = 84 99% RA R = ______ B/P = 134/76 Ht = ______ cm's Wt = 55.8 Kg's 123lbs

***ENVIRONMENT ORIENTATION*** Oriented family members + pt. (COMPLETED)
(Bathroom) (Call light) (Emergency light) (Bed controls) (Telephone) (TV) (Visiting hours) (Closet) (Drawer) (Siderail policy) (Smoking policy) (Scheduled patient education classes) (Patient's rights) (Personal belongings disposition) (Valuables disposition)

***ASSISTIVE DEVICES WITH PATIENT*** (N/A)
(Glasses) (Contacts) (Dentures U/L) (Dental appliance) (Hearing aid R/L) (Crutches) (Cane) (Walker) (Wheelchair) (Prosthesis) (Other)

**Chief complaint:** " fell @ home "

**Allergies:** Codeine, milk products, Vicodin, lisinopril **Immunization current?** Td up to date (Yes) (No)
**Advanced Directives:** Have you discussed these with your physician? (Yes) (No) (Deferred)
**Would you like to have a discussion?** (Yes) (No) Appointment date/time: ______
**Current medications & disposition:** See H+P.

**Rx compliance:** S/R

***SENSORY-PERCEPTUAL &/OR THOUGHT ALTERATION***
¶ Disoriented to: (Time) (Place) (Person) ¶ (Confused) (Illogical) (Memory deficit) ¶

¶ Impaired: (Vision) (Smell) (Taste) (Touch) (Hearing) ¶

¶ Hallucinations are: (Visual) (Auditory) (Auditory command) (Phantom pain) (Tactile) (Olfactory) ¶ (Restless) (Agitated) (Fearful) (Withdrawn) (Delusional) ¶ (Unkempt) ¶

¶ (Sleep pattern disturbed) ¶

*(PROBLEM DEFERRED)* *(REFER TO NURSING DIAGNOSIS # 1 )* *(NO EXCEPTIONS NOTED)*

***RESPIRATORY FUNCTIONS ALTERATION***
¶ (Respiratory rate >24) ¶ (Dyspnea) ¶ (Orthopnea) ¶ (Uses accessory muscles) ¶

¶ Abnormal breath sounds: (Wheezing) (Stridor) (Rhonchi) (Crackles) (Diminished) ¶

¶ Cough is: (Dry) (Productive) ¶ (Uses $O_2$ at home) ¶ (Sputum) ¶

¶ (Smoker) Note quantity & duration:

¶ Respiratory Therapy consult for smoking cessation education

*(PROBLEM DEFERRED)* *(REFER TO NURSING DIAGNOSIS # - )* *(NO EXCEPTIONS NOTED)*

***ADDRESSOGRAPH***

000144 MTED CC/SITKA
JAMES, SARAH -F-
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 08-06-18 TRB 695
NO INS
MCARE ON FILE MCAID ON FILE

***NURSING ADMISSIONS DATA BASE***
***INTERDISCIPLINARY***
***ADULT PATIENT INFORMATION***

**PAGE 1 OF 4** *(8/27/98)* *104-0190*

271

Sarah James #144

**CARDIAC OUTPUT TISSUE PERFUSION ALTERATION**

¶ (Cardiac pain) ¶ Vascular pain is: (Acute)(Chronic) ¶ Pulses are: (Absent)(Weak)(Thready) (Irregular)(<50)(>100) ¶ (Diaphoretic)(Weak)(Palpitations) ¶ (CRT >3 sec) ¶
¶ B/P: Systolic: (<90)(>150) Diastolic: (>90) Mean: (<60)(>110) ¶ (Pacemaker) ¶
¶ Color: (Pallor)(Cyanosis) ¶

(PROBLEM DEFERRED) (REFER TO NURSING DIAGNOSIS # ) (NO EXCEPTIONS NOTED)

**ELIMINATION/REPRODUCTIVE ALTERATION**

¶ Urinary problem of: (Frequency)(Urgency)(Retention)(Burning)(Hematuria)(Incontinent) (Foley)(External catheter) ¶
¶ Bowel problem of: (Constipation)(Diarrhea)(Hemorrhoids)(Rectal bleeding)(Colostomy) ¶
¶ Uses: (Laxatives)(Enemas) ¶ (Abdominal distention) ¶
¶ Bowel sounds: (Absent)(Hypoactive)(Hyperactive) ¶
¶ Sexually active w/o: (Protection)(Contraceptive) ¶
¶ Urethral: (Bleeding)(Drainage) ¶
¶ Vaginal: (Bleeding)(Drainage) ¶
¶(LMP > 30 days)(Irregular menses)(No menses)(PAP > 1 year)(Mammogram not current) ¶
¶ OBS RN consult for pregnancy/breast feeding problems

(PROBLEM DEFERRED) (REFER TO NURSING DIAGNOSIS # 5) (NO EXCEPTIONS NOTED)

**SKIN INTEGRITY ALTERATION**

¶ Skin is: (Thin)(Dry)(Poor turgor)(Erythema)(Crusts)~~(Denuded skin)(Wounds)(Ulcers)~~ (Puruitis)(Rashes) ¶ Poor: (Foot)(Nail care) ¶ (Risk of developing pressure sores) ¶
¶ (Scars)(Bruises)(Welts)(Burns)(Masses) ¶ (Injuries in various ~~healing stages)~~ ¶
¶ Mucous membranes are: (Dry)(Swollen)(Denuded)(Tears)(Ulcers)(Erythema) ¶
¶ POS RN consult for surgery

(PROBLEM DEFERRED) (REFER TO NURSING DIAGNOSIS # 6) (NO EXCEPTIONS NOTED)

**COMFORT ALTERATION**

¶ (Unable to relax) ¶ Pain: (Acute)(Chronic) Describe & locate:
¶ Patient's perception of severity on scale of 1-5: (1-2-3-4-5) ¶
¶ Symptoms (Reduced)(Worsened) by:
¶ TCS RN consult for hospice care

(PROBLEM DEFERRED) (REFER TO NURSING DIAGNOSIS #2) (NO EXCEPTIONS NOTED)

**SELF-CARE DEFICIT**

¶ No energy for self-care ¶ (ROM limited) Note why & where:

¶ Needs assistance/dependent for: (Dressing)(Grooming)(Eating)(Dental care)(Toileting) (Bathing)(Ambulation distance ___ ft.)~~(Staff to transfer 1-2-3)~~ ¶
¶ Uses: (Wheelchair)(Walker)(Cane)(Prosthesis) ¶ Function is: (Weak)~~(Absent)~~(Spastic) ¶
¶ Mobility impairment: (Partial)(Non-weight bearing)(Bedrest) ¶

¶ Hearing: (Impairment)(Deaf)(AD)(AS)(AU) Hearing exam scheduled: HOH ¶
¶ Visual: (Impairment)(Blind)(OD)(OS)(OU) Eye exam scheduled:_______ ¶
¶ Speech: (Impairment)(Mute) Speech is: (Absent)(Pressured)(Slurred)(Fast)(Slow)(Loud) (Soft)(Tangential) ¶ Needs interpreter for ___________ language ¶
¶ (Dental problems) Dental appointment scheduled:___________ ¶
(PROBLEM DEFERRED) (REFER TO NURSING DIAGNOSIS # 1) (NO EXCEPTIONS NOTED)

272

Sarah James #144

## NUTRITIONAL/FLUID ALTERATION

¶ Special diet:

¶ Nutrition consult for TPN/tube feeding
¶ Food/beverage intolerance for:

¶ Food/beverage dislikes:

¶ Weight: (Under) (Over) (Recent loss/gain) (Anorexic) (Bulimic) (Nauseated) (Vomiting) ¶

¶ (Orthostatic) ¶ Impaired: (Chewing) (Swallowing) (Self-feeding) ¶
¶ (Dehydrated) ¶ (Glucose electrolyte imbalance) ~~¶ Edema: (Peripheral)~~ (Sacral) (Other) ¶
¶ (Venous distention) ¶

*(PROBLEM DEFERRED) (REFER TO NURSING DIAGNOSIS # ) (NO EXCEPTIONS NOTED)*

## INEFFECTIVE COPING/SELF-CONCEPT DISTURBANCE

¶ (Anxious) (Anger) (Apathy) (Dependent) (Depressed) (Denial) (Despondent) (Distrusting) (Fearful) (Withdrawn) (Tearful) (Helplessness) (Self-deprecating) (Critical of others) (Hopeless) (Guilt) (Pent-up hostilities) (Poor problem solving abilities) ¶

¶ Role conflicts ¶ Parenting techniques: (Inadequate) (Ineffective) ¶
¶ Communication style: (Aggressive) (Passive) ¶

*(PROBLEM DEFERRED) (REFER TO NURSING DIAGNOSIS # ) (NO EXCEPTIONS NOTED)*

## INJURY POTENTIAL

¶ Fall risk due to (Age 70+) (Fall hx) (Seizure hx) (Dizzy) (Weak) (Confused) (Disoriented) (Gait unstable) ~~(Requires protective~~ devices) (Rigid independent life-style) ¶

¶ Meds include: (Narcotics) (Sedatives) (Psychotropics) (Tranquilizers) (Antidepressants) Antihypertensives) ¶

¶ Aggressive due to: (Swearing) (Rage) (Hyper-vigilance with paranoid ideation) (Blame of other(s) for problem(s)) (Confusion with absence of usual inhibitions) (Dementia with fear or refusal to accept caretakers help) (Actual physical assault) (Verbal threats to harm another person) (Recent history of assaultive behavior) ¶

¶ Suicidal: (Attempt made) (Ideation) (Plan) (History) (Lacks future orientation) ¶

¶ (Nosocomial risk) ¶ (Immune deficiency) ¶ (Hypothermia) ¶ (Hyperthermia) ¶

¶ (ETOH) (Drugs) (Inhalants) ¶ (Intoxication) (Withdrawal) ¶
¶ Last drink/drug/inhalant use:____________ Note normal pattern:

100144 MTED CC/SITKA

*(PROBLEM DEFERRED) (REFER TO NURSING DIAGNOSIS # 4 ) (NO EXCEPTIONS NOTED)*

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 08-06-18 TRB 695

**ADDRESSOGRAPH**

NO INS
MCARE ON FILE MCAID ON FILE
JAMES, SARAH

**NURSING ADMISSIONS DATA BASE**
**INTERDISCIPLINARY**
**ADULT PATIENT INFORMATION**

PAGE 3 OF 4 (8/27/98) 104-0190

273

Sarah James #144

***KNOWLEDGE DEFICIT***

¶ (Last health risk appraisal over one year) ¶

¶ (Mispreception of current health status) ¶

¶ Lacks knowledge of disease process for: (Diagnostic procedures)(Treatments) (Discharge plan)(Wellness prescription) ¶

¶ (Non-compliance)(Illiterate)(Aphasia)(Denial)(Cultural conflict)(Other) ¶

¶ Unable or prefers not to learn from: (Hands on)(Reading)(Discussion)(Diagrams) (Videotapes)(Audio tapes)(One-to-one sessions)(Group sessions) ¶

*(PROBLEM DEFERRED)* *(REFER TO NURSING DIAGNOSIS #* 2 *)* *(NO EXCEPTIONS NOTED)*

***ALTERED SUPPORT SYSTEM/DISCHARGE PLANNING***

¶ Recent losses of: (Family member)(Friend)(Spouse via death)(Divorce)(Separation)

¶ Recent loss of: (Job)(Personal property)

¶ Cultural/religious conflicts that affect care:

¶ Inadequate: (Food)(Shelter)(Clothing)(Medical care)(Medical care financial coverage) (Child care)(Income)(Employment)(Leisure/Recreational activities)

¶ Family/support system: (Crisis)(Absent)(Limited)(Available per phone only) (No central focus to coordinate extended family interactions) (No comforts measures supporting family in grief)

¶ Family dynamics: (Communication angry)(Uninvolved)(Over involved)(Neglect)(Assault) (History of abuse)

¶ Discharge plans for home with assistance for: (ADL's)(Treatments)(Medical equipment) (Extended care facility)(Modified home environment)(Community support)(Other)

¶ Multiple hospitalizations in last 6 months

¶ TCS RN consult for uncompensated functional deficit

¶ TCS RN/Social Services consults for alcohol/drug abuse disorder/other

¶ TCS RN consult for legal holds

¶ Law enforcement/Division of Senior Services referrals for suspected vunerable adult/elder abuse

¶ Guardianship: Family in town.

*(PROBLEM DEFERRED)* *(REFER TO NURSING DIAGNOSIS #* *)* *(NO EXCEPTIONS NOTED)*

509-113 NSN 7540-00-634-4122

MEDICAL RECORD | PROGRESS NOTES

| DATE | |
|---|---|
| 12-4-00 1730 | MA Sent. M. Howard, [illegible] |
| 12/4 1900 | Fell from bed then climbed over rail. Has (R) parietal-occipital hematoma [illegible] prev. seen. Posey etc. Neuro unchanged. No bruises over [illegible] injury & no complaint; however again agitated 2° use of posey. Fundi [illegible] / TM [illegible] Neuro WNL |
| 12-4-00 1930 | Nsg: Pt. arrived on floor @1700 & medicated c percocet i & ativan 0.5mg po @1730. She had fall outside her home earlier in day. Pt. placed in room 322 c bed alarm & bed alarm worked x i & pt assisted to BR x i. Pt crawled over bed rail @1830 & fell to floor bumping head. Initial neuro/s showed no change & Dr Conley present @ time of fall & helped pt back to bed. Pt c new hematoma to back of head & Dr Conley aware no x rays ordered. Neuro/s to be monitored q2° - K Samuel |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO.

000144 MTED CC/SITKA
JAMES, SARAH -F-
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 08-06-18 RB 695
NO INS
MCARE ON FILE

PROGRESS NOTES
Medical Record

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

283

Sarah James #144

HHS-812

# DAY SHIFT

| | Normal | Time of Observation: |
|---|---|---|
| Central Nervous System | Normal: alert, oriented to person, place, time; follows commands; speech clear | ☐ Within Normal Limits ☐ Disoriented ☐ Asleep ☐ Confused ☐ Drowsy ☐ Lethargic ☐ Unresponsive |
| Respiratory | Normal: regular, unlabored, symmetrical; no abnormal breath sounds | ☐ Within Normal Limits ☐ Irregular ☐ Labored ☐ Shallow ☐ Cough ☐ Secretions Describe ___ $O_2$ ___ L/min via ___ I:S q___h ___ml |
| Cardiovascular System | Normal: heart rhythm regular; peripheral pulses 2 + bilaterally no edema; capillary refill brisk Skin pink, warm, dry | ☐ Within Normal Limits Radial/Apical ☐ Irregular ☐Rub ☐JVD ☐Capillary refill sluggish Edema ☐1+ ☐2+ ☐3+ ☐4+ ☐ Non-pitting Location ___ Radial DP PT; 0=Absent 1+=Diminished D=Doppler; L / R |
| Musculo-Skeletal | Normal: full ROM of all joints; no muscle weakness; steady balance and gait; handgrips equal | ☐ Within Normal Limits ROM ☐ Limited Location ☐ Gait Unsteady ☐ Handgrips unequal |

| | Normal | |
|---|---|---|
| Gastro Intestinal | Normal: abd soft; bowel sounds positive all 4 quadrants; no N/V, diarrhea or constipation | ☐ Within Normal Limits Abdomen: ☐ Tender ☐ Distended BS: ☐ Absent ☐ Hyperactive ☐ Hypoactive ☐ Nausea ☐ Vomiting ☐ Poor Appetite Tube Type ___ Placement checked Drainage ___ heme ☐ pos ☐ neg Guaiac: ☐ Stool ☐ pos ☐ Neg |
| Genito-Urinary | Normal: voiding without difficulty; clear urine and no bladder distention no vaginal or penile drainage | ☐ Within Normal Limits ☐ Burning ☐ Frequency/Urgency ☐ Incontinent Urine: Color/Character ___ ☐ Foley ☐ CBI ___ Vaginal penile/drainage/color ___ ☐ Odor |
| Skin | Normal: warm, dry, intact; turgor elastic, oral cavity moist and intact. IV patent, site without s/s infiltration, phlebitis. Site checked Q1H for free flowing IV's and q. shift for Saline locks. ☐ IV ☐ Saline Lock | ☐ Within Normal Limits Turgor ☐ Loose ☐ Diaphoretic Temp: ☐ Hot ☐ Cool Color: ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Jaundiced Oral: ☐ Dry Other ☐ Abrasion ☐ Bruise ☐ Rash IV Site ☐ Red ☐ Tender ☐ Swollen ☐ Other Decubitis Describe ___ Wounds/Incision Describe ___ Dressing ☐ Dry & intact Describe ___ |
| Comfort | Normal: pain free, no burning, discomfort aching, soreness heaviness, tightness. No non-verbal pain behavior or vocalizations suggesting pain, no recent change in function. SIGNATURE | ☐ Within Normal Limits ☐ Pain Scale ___ ☐ Burning ☐ Discomfort ☐ Non-verbal pain behavior ☐ Aching ☐ Soreness ☐ Recent change in function ☐ Heaviness ☐ Tightness ☐ Vocalization suggesting pain Location: ___ |

Evening Shift/Time ___
☐ Concur with above/Observation
☐ Exceptions to above noted in progress notes

Signature: ___

| ACTIVITY | CNA/PCE | 7A-3P |
|---|---|---|
| | Up Ad lib | ☐ |
| | Complete Bed Rest | ☐ |
| | BR C BRP | ☐ Self ☐ Assist ☐ N/A # ___ |
| | Dangle | ☐ Self ☐ Assist ☐ N/A # ___ x |
| | OOB in Chair | ☐ Self ☐ Assist ☐ N/A # ___ Tolerance: ☐Good ☐Fair ☐Poor |
| | Ambulate | ☐Self ☐ Assist ☐ N/A # ___ x ☐ In Rm. ☐ In Hall Tolerance: ☐ Good ☐ Fair ☐ Poor |
| | Turn q 2° | ☐ Self ☐ Assist ☐ N/A # ___ |
| | Back Rub | ☐ Yes ☐ No ☐ Offered ☐ Refused |
| | Appointments | ☐Reminded ☐Refused ☐Deferred ☐Attended |
| | Sleep | ☐Yes ☐No # Hrs |

| | | |
|---|---|---|
| Safety | Side Rails Up | ☐x1 ☐x2 ☐x3 ☐x4 |
| | Bed Low/ Call Bell in Reach | ☐ Yes |
| | I.D. Band On | ☐ Yes |
| Hygiene | CHECK ONE ☐Bath ☐Shower | ☐Self ☐Assist ☐Total ☐Deferred ☐Offered ☐Refused |
| | Mouth Care | ☐Self ☐Assist ☐Total ☐Offered ☐Refused |
| | ☐Peri-Care ☐Foley Care | ☐Self ☐Total ☐Incontinent x ___ ☐Yes ☐No ☐Offered ☐Refused |
| | Prosthetic Care ☐ N/A | ☐Self ☐Assist ☐Care ☐Storage ☐Offered ☐Refused |
| Nutrition | Diet ☐ NPO ☐ Hyperal ☐ Tube Feeding | Breakfast ☐All ☐>1/2 ☐<1/2 ☐None; Lunch ☐All ☐>1/2 ☐<1/2 ☐None |

CNA Signature

Education Provided

DATE: 12/4/00

ADDRESSOGRAPH

100144 MTED CC/SITKA
JAMES, SARAH -F-
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 08-06-18 TRB 695
NO INS
MCARE ON FILE MCAID FILE

xpert/home/clcual/users/comm/docs/nursing.forms/FM.Data.Collect.Flow.Record.Day

311

Sarah James #144

HHS-840

# NIGHT SHIFT

| System | Normal | Observation |
|---|---|---|
| Central Nervous System | DATE<br>Normal: alert, oriented to person, place, time; follows commands; speech clear | Time of Observation:<br>☐ Within Normal Limits<br>☑ Disorientated ☐ Asleep<br>☑ Confused ☐ Drowsy<br>☐ Lethargic ☐ Unresponsive<br>extremely HOH |
| Respiratory | Normal: regular, unlabored, symmetrical; no abnormal breath sounds | ☐ Within Normal Limits<br>Diminished lung sounds<br>☐ Irregular ☐ Labored ☐ Shallow<br>☐ Cough ☐ Secretions<br>Describe<br>$O_2$ ____ L/min via ____<br>I:S q ____ h<br>____ ml |
| Cardiovascular System | Normal: heart rhythm regular; peripheral pulses 2 + bilaterally no edema; capillary refill brisk<br>Skin pink, warm, dry | ☑ Within Normal Limits<br>Radial/Apical ☐ Irregular<br>☐Rub ☐JVD ☐Capillary refill sluggish<br>Edema ☐1+ ☐2+ ☐3+ ☐4+ ☐ Non-pitting<br>Location<br>Radial DP PT<br>0=Absent L<br>1+=Diminished R<br>D = Doppler |
| Musculo Skeletal | Normal: full ROM of all joints; no muscle weakness; steady balance and gaint; handgrips equal | ☐ Within Normal Limits<br>limited r/t age + fall<br>ROM ☐ Limited Location<br>☐ Gait Unsteady<br>☐ Handgrips unequal |

| System | Normal | Observation |
|---|---|---|
| Gastro Intestinal | Normal: abd soft; bowel sounds positive all 4 quadrants; no N/V, diarrhea or constipation | ☐ Within Normal Limits soft<br>Abdomen: ☐ Tender ☐ Distended<br>BS: ☐ Absent ☐ Hyperactive ☐ Hypoactive<br>☐ Nausea ☐ Vomiting ☐ Poor Appetite<br>Tube Type ____<br>Placement checked<br>Drainage ____ heme ☐ pos ☐ neg<br>Guaiac: ☐ Stool ☐ pos ☐ Neg |
| Genito-Urinary | Normal: voiding without difficulty; clear urine and no bladder distention no vaginal or penile drainage | ☑ Within Normal Limits<br>☐ Burning ☐ Frequency/Urgency ☐ Incontinent<br>Urine: Color/Character ____<br>☐ Foley ☐ CBI ____<br>Vaginal penile/drainage/color ____<br>☐ Odor |
| Skin | Normal: warm, dry, intact; turgor elastic, oral cavity moist and intact.<br>IV patent, site without s/s infiltration, phlebitis.<br>Site checked Q1H for free flowing IV's and q. shift for Saline lock.<br>☐ IV ☐ Saline Lock<br>no access | ☐ Within Normal Limits<br>Turgor ☑ Loose ☐ Diaphoretic<br>Temp: ☐ Hot ☐ Cool<br>Color: ☐ Pale ☐ Flushed<br>☐ Cyanotic ☐ Jaundiced<br>Oral: ☐ Dry Other<br>☐ Abrasion ☐ Bruise ☐ Rash<br>IV site ☐ Red ☐ Tender ☐ Swollen ☐ Other<br>Decubitis Describe ____<br>Wounds/Incision Describe stitches over Ⓛ eye intact<br>Dressing ☐ Dry & intact<br>Describe ____ |
| Comfort | Normal: pain free, no burning, discomfort aching, soreness heaviness, tightness. No non-verbal pain behavior or vocalizations suggesting pain, no recent change in function. | ☐ Within Normal Limits<br>☐ Pain Scale ____<br>☐ Burning ☐Discomfort ☐ Non-verbal pain behavior<br>☐ Aching ☐Soreness ☐ Recent change in function<br>☐ Heaviness ☐Tightness ☐ Vocalization suggesting pain<br>Location: ____ |

Evening Shift/Time ____
☐ Concur with above/Observation
☐ Exceptions to above noted in progress notes
Signature: ____

Miriam Howard [illegible]
SIGNATURE

| | CNA/PCE | 3P - 11P |
|---|---|---|
| ACTIVITY | Up Ad lib | ☐ ☐ N/A |
| | Complete Bed Rest | ☑ |
| | BR C BRP | ☐ Self ☐ Assist ☐ N/A # |
| | Dangle | ☐ Self ☐ Assist ☐ N/A # x |
| | OOB in Chair | ☐ Self ☐ Assist ☐ N/A #<br>Tolerance: ☐ Good ☐ Fair ☐ Poor |
| | Ambulate | ☐ Self ☐ Assist ☐ N/A # x ☐ In Rm ☐ In Hall<br>Tolerance: ☐ Good ☐ Fair ☐ Poor |
| | Turn q 2° | ☐ Self ☑ Assist ☐ N/A # |
| | Back Rub | ☐ Yes ☐ No ☐ Offered ☐ Refused |
| Safety | Side Rails Up | ☐ x1 ☐ x2 ☐ x3 ☑ x4 |
| | Bed Low/ Call Bell in Reach | ☑ Yes |
| | I.D. Band On | ☑ Yes |
| Hygiene | CHECK ONE ☐Bath ☐Shower | ☐ Yes ☐ No ☐ Refused |
| | Mouth Care | ☐ Self ☐ Assist ☐ Total ☐ Offered ☐ Refused |
| | ☐ Peri-Care ☐ Foley Car | ☐ Incontinent x ☐ Yes ☐ No ☐ Offered ☐ Refused |
| | Prosthetic Care ☐ N/A | ☐ Self ☐ Assist ☐ Care ☐ Storage ☐ Offered ☐ Refused |
| Nutrition | Diet ☐ NPO ☐ Hyperal ☐ Tube Feeding | Dinner ☐ All ☐ >1/2 ☐ <1/2 ☐ None |

CNA Signature

| | CNA/PCE | 11P - 7A |
|---|---|---|
| Activity | Up Ad lib | ☐ ☐ N/A |
| | Complete Bed Rest | ☐ |
| | BR C BRP | ☐ Self ☐ Assist ☐ N/A # |
| | Dangle | ☐ Self ☐ Assist ☐ N/A # x |
| | OOB in Chair | ☐ Self ☐ Assist ☐ N/A #<br>Tolerance: ☐ Good ☐ Fair ☐ Poor |
| | Ambulate | ☐ Self ☐ Assist ☐ N/A # x ☐ In Rm. ☐ In Hall<br>Tolerance: ☐ Good ☐ Fair ☐ Poor |
| | Turn q 2° | ☐ Self ☐ Assist ☐ N/A # |
| | Back Rub | ☐ Yes ☐ No ☐ Offered ☐ Refused |
| | Sleep | ☐ Yes ☐ No ____ # Hours (approx) |
| Safety | Side Rails Up | ☐ x1 ☐ x2 ☐ x3 ☐ x4 |
| | Bed Low/ Call Bell in Reach | ☐ Yes |
| | I.D. Band On | ☐ Yes |
| Hygiene | CHECK ONE ☐ Bath ☐ Shower | ☐ Yes ☐ No ☐ Offered ☐ Refused |
| | Mouth Care | ☐ Self ☐ Assist ☐ Total ☐ Offered ☐ Refused |
| | ☐ Peri-Care ☐ Foley Care | ☐ Incontinent x ☐ Yes ☐ No ☐ Offered ☐ Refused |
| | Prosthetic Care ☐ N/A | ☐ Self ☐ Assist ☐ Care ☐ Storage ☐ Offered ☐ Refused |

CNA Signature

Education Provided

/export/.../nursing.forms/FM.Data.Collect.Flow.Record.Night

312

Sarah James #144

HHS-841

# NIGHT SHIFT

2330

| | DATE 12/4/00 | Time of Observation: | | | |
|---|---|---|---|---|---|
| Central Nervous System | Normal: alert, oriented to person, place, time; follows commands; speech clear | ☐ Within Normal Limits ☐ Disoriented ☐ Asleep ☑ Confused ☐ Drowsy ☐ Lethargic ☐ Unresponsive | Gastro Intestinal | Normal: abd soft; bowel sounds positive all 4 quadrants; no N/V, diarrhea or constipation | ☐ Within Normal Limits Abdomen: ☐ Tender ☐ Distended BS: ☐ Absent ☐ Hyperactive ☐ Hypoactive ☐ Nausea ☐ Vomiting ☐ Poor Appetite Tube Type ___ Placement checked Drainage ___ heme ☐ pos ☐ neg Guaiac: ☐ Stool ☐ pos ☐ Neg |
| Respiratory | Normal: regular, unlabored, symmetrical; no abnormal breath sounds | ☑ Within Normal Limits ☐ Irregular ☐ Labored ☐ Shallow ☐ Cough ☐ Secretions Describe ___ O2 ___ L/min via ___ S q ___ h ___ ml | Genito-Urinary | Normal: voiding without difficulty; clear urine and no bladder distention no vaginal or penile drainage | ☑ Within Normal Limits ☐ Burning ☐ Frequency/Urgency ☐ Incontinent Urine: Color/Character ___ ☐ Foley ☐ CBI ___ Vaginal penile/drainage/color ___ ☐ Odor |
| Cardiovascular System | Normal: heart rhythm regular; peripheral pulses 2 + bilaterally no edema; capillary refill brisk Skin pink, warm, dry | ☑ Within Normal Limits Radial/Apical ☐ Irregular ☐Rub ☐JVD ☐Capillary refill sluggish Edema ☐1+ ☐2+ ☐3+ ☐4+ ☐ Non-pitting Location ___ Radial DP PT; 0=Absent 1+=Diminished D = Doppler; L / R | Skin | Normal: warm, dry, intact; turgor elastic, oral cavity moist and intact. IV patent, site without s/s infiltration, phlebitis. Site checked Q1H for free flowing IV's and q. shift for Saline lock. ☐ IV ☐ Saline Lock Ø | ☑ Within Normal Limits Turgor ☐ Loose ☐ Diaphoretic Temp: ☐ Hot ☐ Cool Color: ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Jaundiced Oral: ☐ Dry Other ☐ Abrasion ☐ Bruise ☐ Rash IV site ☐ Red ☐ Tender ☐ Swollen ☐ Other |
| Musculo Skeletal | Normal: full ROM of all joints; no muscle weakness; steady balance and gait; handgrips equal | ☐ Within Normal Limits ROM ☑ Limited Location R leg hip ? Fx? Poss ? fall ☐ Gait Unsteady ☐ Handgrips unequal | | | Decubitis Describe ___ Wounds/Incision Describe ___ Dressing ☐ Dry & intact Describe ___ |
| | Evening Shift/Time ___ ☐ Concur with above/Observation ☐ Exceptions to above noted in progress notes Signature: C Baughman RN 12/4 2330 | | Comfort | Normal: pain free, no burning, discomfort aching, soreness heaviness, tightness. No non-verbal pain behavior or vocalizations suggesting pain, no recent change in function. | ☐ Within Normal Limits ☑ Pain Scale 10 - when moves R leg ☐ Burning ☐ Discomfort ☐ Non-verbal pain behavior ☐ Aching ☐ Soreness ☐ Recent change in function ☐ Heaviness ☐ Tightness ☐ Vocalization suggesting pain Location: ___ |
| | | | | SIGNATURE C Baughman - See prog notes - | |

| | CNA/PCE | 3P - 11P | | CNA/PCE | 11P - 7A | Education Provided |
|---|---|---|---|---|---|---|
| ACTIVITY | Up Ad lib | ☐ ☐ N/A | Activity | | ☐ ☑ N/A | |
| | Complete Bed Rest | ☐ | | Complete Bed Rest | ☑ | |
| | BR C BRP | ☐ Self ☐ Assist ☐ N/A # | | BR C BRP | ☐ Self ☐ Assist ☑ N/A # | |
| | Dangle | ☐ Self ☐ Assist ☐ N/A # x | | Dangle | ☐ Self ☐ Assist ☑ N/A # x | |
| | OOB in Chair | ☐ Self ☐ Assist ☐ N/A # Tolerance: ☐ Good ☐ Fair ☐ Poor | | OOB in Chair | ☐ Self ☐ Assist ☑ N/A # Tolerance: ☐ Good ☐ Fair ☐ Poor | |
| | Ambulate | ☐ Self ☐ Assist ☐ N/A # x ☐ In Rm ☐ In Hall Tolerance: ☐ Good ☐ Fair ☐ Poor | | Ambulate | ☐ Self ☐ Assist ☑ N/A # x ☐ In Rm. ☐ In Hall Tolerance: ☐ Good ☐ Fair ☐ Poor | |
| | Turn q 2° | ☐ Self ☐ Assist ☐ N/A # | | Turn q 2° | ☐ Self ☑ Assist ☐ N/A # | |
| | Back Rub | ☐ Yes ☐ No ☐ Offered ☐ Refused | | Back Rub | ☐ Yes ☑ No ☐ Offered ☐ Refused | |
| Safety | Side Rails Up | ☐ x1 ☐ x2 ☐ x3 ☐ x4 | | Sleep | ☑ Yes ☐ No # Hours (approx) | |
| | Bed Low/ Call Bell in Reach | ☐ Yes | Safety | Side Rails Up | ☐ x1 ☐ x2 ☐ x3 ☑ x4 | |
| | I.D. Band On | ☐ Yes | | Bed Low/ Call Bell in Reach | ☑ Yes | |
| Hygiene | CHECK ONE ☐Bath ☐Shower | ☐ Yes ☐ No ☐ Refused | | I.D. Band On | ☑ Yes | |
| | Mouth Care | ☐ Self ☐ Assist ☐ Total ☐ Offered ☐ Refused | | CHECK ONE ☐ Bath ☐ Shower | ☐ Yes ☑ No ☐ Offered ☐ Refused | |
| | ☐ Peri-Care ☐ Foley Car | ☐ Incontinent x ☐ Yes ☐ No ☐ Offered ☐ Refused | | Mouth Care | ☐ Self ☐ Assist ☐ Total ☐ Offered ☐ Refused | |
| | Prosthetic Care ☐ N/A | ☐ Self ☐ Assist ☐ Care ☐ Storage ☐ Offered ☐ Refused | Hygiene | ☑ Peri-Care ☐ Foley Care | ☐ Incontinent x ☑ Yes ☐ No ☐ Offered ☐ Refused | |
| Nutrition | Diet ☐ NPO ☐ Hyperal ☐ Tube Feeding | Dinner ☐ All ☐ >1/2 ☐ <1/2 ☐ None | | Prosthetic Care ☑ N/A | ☐ Self ☐ Assist ☐ Care ☐ Storage ☐ Offered ☐ Refused | |
| | CNA Signature -- | | | CNA Signature C Baughman RN | | |

/export/home/denali/users/comm/docs/nursing.forms/FM.Data.Collect.Flow.Record.Night

313

Sarah James #144

SouthEast Alaska Regional Health Consortium
Mt. Edgecumbe Hospital
Nursing Observation Safety Assessment

Start date/time DeC 4 1700 MD/Nsg Order 15 ✓ 1:1

Codes for Patient Activities/Safety Maintenance

Activities:
A = Awake in Rm
B = Asleep in Rm
C = Up to BR
D = Amb. with assist
E = To other Dept.
F = 1:1 Observation

Interventions:
G = SR^X 2
H = SR^X 4
I = Gait belt in use
J = Call light within reach
K =
L =

*if pt becomes non-compliant, reassessment to be done by RN/LPN

| time | initials | activity | interv. | time | initials | activity | interv. | time | initials | activity | interv. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1700 | DH | A | HJ | 45 | 76 | AF | HK | 30 | JJ | AJ | H |
| 15 | DA | A | HJ | 2100 | 76 | C | | 45 | JJ | AJ | H |
| 30 | DH | A | HJ | 15 | 76 | AF | HK | 0100 | JJ | AJ | H |
| 45 | DH | A | HJ | 30 | 76 | AF | HK | 15 | JJ | BJ | H |
| 1800 | 76 | A | HJ | 45 | 76 | AF | HK | 30 | JJ | BJ | H |
| 15 | 76 | A | HJ | 2200 | 76 | AF | HK | 45 | JJ | BJ | H |
| 30 | 76 | A | HJ | 15 | 76 | BF | HK | 0200 | Ca | AF | H |
| 45 | 76 | AF | HK | 30 | 76 | AF | HK | 15 | Ca | AF | H |
| 1900 | 76 | AF | HK | 45 | 76 | AF | HK | 30 | Ca | AF | H |
| 15 | 76 | AF | HK | 2300 | 76 | AF | HK | 45 | Ca | AF | H |
| 30 | 76 | AF | HK | 15 | Ca | AF | HK | 0300 | Ca | BF | H |
| 45 | 76 | AF | HK | 30 | Ca | AF | HK | 15 | Ca | BF | H |
| 2000 | 76 | AF | HK | 45 | Ca | AF | HK | 30 | Ca | AF | H |
| 15 | 76 | AF | HK | 12-5 0001 | JJ | AJ | H | 45 | TB | BF | H |
| 30 | 76 | AF | HK | 15 | JJ | BJ | H | 0400 | TB | AF | H |

addressograph

JJ Jacob Johnson CNA

319

MTED CC/SITKA
JAMES, SARAH -F-
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 08-06-18 TRB 695
NO INS
MCARE ON FILE MCAID ON FILE

315

Sarah James #144

Codes for Patient Activities/Safety Maintenance

O= visitor

**Activities:**
A = Awake in Rm
B = Asleep in Rm
C = ~~Up to BR~~ Bed pan
D = Amb. with assist
E = To other Dept.
F = 1:1 Observation

**Interventions:**
G = SR^X 2
H = SR^X 4
I = Gait belt in use
J = Call light within reach
K = pt yelling in pain moving around in bed
L = offered fluids or food meals
M = X ray
N = trying to get out of bed

*if pt becomes non-compliant, reassessment to be done by RN/LPN

| time | initials | activity | interv. | time | initials | activity | interv. | time | initials | activity | interv. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | CB | BF | H | 1000 | NB | AF | H | 1545 | DH | AF | HJK |
| 30 | CB | AF | H | 15 | NB | AF | H | 1600 | DH | AF | HJKL |
| 45 | CB | AF | H | 30 | NB | AF | H | 15 | DH | AF | HJKL |
| 0500 | CB | AF | H | 45 | NB | AF | H | 30 | DH | AF | HJ |
| 15 | CB | AF | H | 1100 | NB | BF | H | 45 | DH | AF | HJL |
| 30 | CB | AF | H | 15 | R | BF | H | 1700 | DH | AF | HJN |
| 45 | CB | AF | H | 30 | R | BF | H. | 15 | DH | AF | HJK |
| 0600 | CB | AF | H | 45 | R | BF | H | 30 | DH | AF | HJNK |
| 15 | CB | BF | H | 1200 | R | BF | H | 45 | DH | AF | HJNK |
| 30 | CB | BF | H | 15 | R | BF | H | 1800 | | | |
| 45 | [illegible] | BF | H | 30 | R | AP | H | 15 | | | |
| 0700 | CB | BF | H | 45 | R | AP | H | 30 | DH | AF | HJKN |
| 15 | CB | BF | H | 1300 | R | AF | H | 45 | DH | AF | HJKN |
| 30 | CB | BF | H | 15 | R | AF | H | 1900 | DH | AF | HJKN |
| 45 | NB | AF | HK | 30 | R | AF | H | 15 | DH | AF | HJKN |
| 0800 | NB | ACF | HKL | 45 | AD | AF | HJ | 30 | DH | AF | HKN |
| 15 | AD | E | M | 1400 | AD | A | HJ | 45 | DH | AF | HKN |
| 30 | R | E | m | 15 | AD | A | HJ | 2000 | DH | AF | HN |
| 45 | R | E | m | 30 | AD | AF | HJK | 15 | DH | AF | HN |
| 0900 | R | E | m | 45 | AD | AF | HJ | 30 | Jb | AF | H |
| 15 | NB | AF | HL | 1500 | R | AF | HJ | 45 | Jb | AF | H |
| 30 | NB | AF | HL | 15 | R | AF | HJ | 2100 | DH | AF | H |
| 45 | NB | BF | H | 30 | DH | AF | HJK | 15 | Jb | AF | H |

[signature]

319 Sarah James

346

Sarah James #144

SouthEast Alaska Regional Health Consortium
Mt. Edgecumbe Hospital
Nursing Observation Safety Assessment

Start date/time 12-5-00 2130 MD/Nsg Order Q15

Codes for Patient Activities/Safety Maintenance

Activities:
A = Awake in Rm
B = Asleep in Rm
C = Up to BR
D = Amb. with assist
E = To other Dept.
F = 1:1 Observation

Interventions:
G = SR^X 2
H = SR^X 4
I = ~~Gait belt in use~~ Posie
J = Call light within reach
K = offered her some fluids
L = trying to ~~get out of bed~~ pull herself out of bed

*if pt becomes non-compliant, reassessment to be done by RN/LPN

| time | initials | activity | interv. | time | initials | activity | interv. | time | initials | activity | interv. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2130 | 76 | AF | H Li | 15 | AR | AF | HIL | 0500 | AR | BF | HI |
| 45 | 76 | BF | H LI | 30 | AR | AF | HIL | 15 | AR | BF | HI |
| 2200 | 76 | BF | HLI | 45 | AR | BF | HI | 30 | AR | BF | HI |
| 15 | DH | AF | HL | 0200 | AR | BF | HI | 45 | AR | BF | HI |
| 30 | DH | AF | HKI | 15 | JJ | BJ | HI | 0600 | AR | BF | HI |
| 45 | DH | AF | HI | 30 | JJ | BJ | HI | 15 | AR | BF | HI |
| 2300 | DH | AF | HILK | 45 | JJ | BJ | HI | 30 | JJ | BJ | HI |
| 15 | DH | AF | HIL | 0300 | JJ | BJ | HI | 45 | JJ | BJ | HI |
| 30 | RP | AF | HILK | 15 | JJ | BJ | HI | 0700 | JJ | BJ | HI |
| 45 | RP | AF | HIL | 30 | JJ | BJ | HI | 15 | JJ | BJ | HI |
| 0001 | AR | AF | HIJL | 45 | JJ | BJ | HI | 30 | JJ | BJ | HI |
| 15 | AR | AF | HILK | 0400 | JJ | BJ | HI | 45 | JJ | BJ | HI |
| 30 | AR | AF | HIL | 15 | AR | BF | HI | 08 | JJ | BJ | HI |
| 45 | AR | AF | HIL | 30 | AR | BF | HI | 15 | | | |
| 0100 | AR | AF | HIL | 45 | AR | BF | HI | ~~30~~ | | | |

addressograph

319 Sarah James #144

Doreen Howard
JJ Jacie Johnson CNA

347

Sarah James #144

HHS-876

SouthE░░ Alaska Regional Health ░onsortium
Mt. Edgecumbe Hospital
NEUROLOGICAL FLOW SHEET

**KEY TO SECTION D**

REACTION:
B = BRISK
S = SLUGGISH
O = NO REACTION
C = EYES CLOSED

(1mm, 4mm, 7mm, 3mm, 6mm, 9mm)

**KEY TO SECTION E**
EXTREMITIES - MOVEMENT TO COMMAND
1. Twitch no movement
2. Move against gravity
3. Lift against gravity
4. Move strong - lift and hold
5. Normal

| | | | 124 | 12/5 |
|---|---|---|---|---|
| DATE | TIME | | 19 | 06 |
| A. EYE OPEN | Spontaneous | 4 | ✓ | ✓ |
| | To speech | 3 | | |
| | To pain | 2 | | |
| | None | 1 | | |
| B. BEST VERBAL RESPONSE | Oriented | 5 | | |
| | Confused | 4 | ✓ | ✓ |
| | Inappropriate | 3 | | |
| | Incomprehensive | 2 | | |
| | None | 1 | | |
| C. BEST MOTOR RESPONSE | Obeys commands | 6 | | ✓ |
| | Loc to pain | 5 | ✗ | |
| | Withdraws | 4 | | |
| | Flex to pain | 3 | | |
| | Exten to pain | 2 | | |
| | Flacid/None | 1 | | |
| D. COMA SCORE | | | 135 | 18 |
| PUPIL RESPONSE | Size Left | | 4 | 4 |
| | Right | | 4 | 4 |
| | Reaction Left | | B | S |
| | Right | | B | S |
| F. MOVEMENT TO COMMAND | ARM Left | | 5 | 5 |
| | Right | | 5 | 5 |
| | LEG Left | | 5 | 5 |
| | Right | | 5 | 5 |
| G. RESPIRATORY RATE | Normal | | | |
| | Cheyne stoke | | | |
| | CNH | | | |
| | Ataxic | | | |
| | Assisted spont | | | |
| | Not spont | | | |
| H. SEIZURES | Focal | | ∅ | |
| | General | | ∅ | |
| I. BLOOD PRESSURE | | | | |
| PULSE | | | | |
| TEMP | | | | |
| RESP | | | | |
| CVP | | | | |
| PRESSURE | | | | |
| OTHER | | | | |

| INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|
| 06 | Amy y___ Rd | | |

ADDRESSOGRAPH
# 144
JAMES, SARAH

kspun/home/donal/users/cume/docs/nursing/Critical Care Services/FM_Neuro.Flow.Sheet

381
Sarah James # 144

HHS-910

## ASSESSMENT OF POTENTIAL FOR INJURY

PURPOSE:

To provide a mechanism for identifying patients who might be designated as having a potential for injury.

POLICY:

1. All patients will be assessed for injury potential at the time of their admission. A proactive plan to prevent patient injury will be implemented and the plan effectiveness will be reassessed after 24 hours. Thereafter the reassessments will be determined by the patient's professional nurse.

2. All patients will have a Nursing Admission Data Base completed on admission.

3. Orientation to the environment will be completed at the time of admission. This orientation will include all of the following components:

   a. Call Light.
   b. Bathroom.
   c. Light controls.
   d. Bed controls.
   e. TV.
   f. Telephone.
   g. Personal belongings.
   h. Side rails and other safety devices.
   i. Smoking Policy.
   j. Visiting Hours.
   k. Meal times.

4. There is a fall risk assessment tool available for the RN to document the risk factors. Criteria for injury potential include the following:

   a. Age.
   b. Mental status.
   c. Elimination factors.
   d. Fall history.
   e. Visual impairment.
   f. Ability to move.
   g. Blood pressure.
   h. Gait and balance.
   i. Medications.

5. Where beds have high and low positions, unattended patients must have beds placed in the low position. The use of bedside rails needs to be assessed by the RN at the time of admission and documented on the Patient Care Plan. Call lights should always be within the patients reach. Patient Care Plans must address needs for patients admitted to areas where the call light system is not available or the patients are unable to use the call

## ASSESSMENT OF POTENTIAL FOR INJURY

light system. All patients, who on the initial Nursing Admission Data Base are identified as having the Nursing Diagnosis "Potential for Injury," will have a fall prevention plan implemented.

6. Nursing personnel will at all times use the least restrictive safety device necessary to insure the patients safety.

7. Patient Care Plan of patients with potential for injury:

   a. All care plans should include education for the patient and their family/significant other about the hospital safety measures.
   b. Patients with potential for injury should be placed in rooms that maximize staff observation.
   c. Side rails should be elevated when indicated by nursing assessment.
   d. The Fall Risk Data Collection form or the Observation Flow Sheet should be used to collect data on patient compliance with safety measures and to document patient activities when safety devices are used. Patient injury potential should be immediately reassessed when alteration in level of consciousness or mental status is noted.
   e. Nursing orders should include frequency of patient safety checks.
   f. Call lights will be answered promptly.
   g. Reinforce the need for limitations of activity and the willingness of the nursing staff to provide assistance with every interaction.
   h. Involve the patients family in the program to ensure the patient's safety during hospitalization and at time of discharge.
   i. All dependent patient transfers (greater than 50 pounds) will utilize transfer boards, hydraulic lifts or at least two person assists.
   j. Assist patients with ambulation by using a gait belt whenever a patient is unsteady or has potential for injury.

8. The following external factors increase the risk of falls.

   a. Environmental factors such as objects or barriers in the persons surroundings. This can include wet floors, low lighting, lack of a handrail, or highly patterned floors.
   b. Barriers in the environment such as bedside rails can also be a risk factor. Patients can fall while attempting to climb out over the bed rail.
   c. Other objects that help with stability are toilets that are elevated and have handrails.
   d. Clothing can catch on furniture or doorknobs. Shoes or slippers that fit loosely or have slippery or sticky soles are also hazardous.
   e. Assistive devices can be hazardous if the patient is <u>not</u> educated on the proper use, such as crutches or walkers. Be sure to check the rubber tips of personal items to maintain them properly.
   f. Safety devices can be hazardous if too tight or if the patient fights against the device. Always check the condition of the skin if a safety device is being used.

SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM
MT. EDGECUMBE HOSPITAL - NURSING SERVICES POLICY MANUAL

## ASSESSMENT OF POTENTIAL FOR INJURY

9. Any environmental condition which might be potentially unsafe will be reported to the Charge RN IMMEDIATELY for prompt intervention.

10. Notify Charge RN IMMEDIATELY if changes in patient status require 1:1 intervention.

NOTE: Refer to Nursing Services Policy Manual, Safety Devices Application.

SECTION 7: PATIENT CARE
REVISION: 4/2000

PAGE 7 - 10

MTEH0000001852