# CERTIFICATE OF DEATH

**ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES**
**BUREAU OF VITAL STATISTICS—P.O. BOX 110675**
**JUNEAU, ALASKA 99811-0675**

No. 03-009
150 STATE FILE NUMBER

TYPE/PRINT IN PERMANENT BLACK INK

BIRTH CERTIFICATE NUMBER
RECORDER'S NO. 01-63 BK 23

DATE RECEIVED

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): Sarah D. James
1a. MAIDEN NAME: Davis
2. SEX: F
3. DATE OF DEATH (Month, Day, Year): 12-20-2001
4. SOCIAL SECURITY NUMBER: 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
5a. AGE—Last Birthday (Years): 83
5b. UNDER 1 YEAR: Months / Days
5c. UNDER 1 DAY: Hours / Minutes
6. DATE OF BIRTH (Month, Day, Year): 8-6-1918
7. BIRTHPLACE (State or Foreign Country): Alaska

8. STATE OF DEATH: ALASKA
9a. PLACE OF DEATH: HOSPITAL: [X] Inpatient  [ ] ER/Outpatient  [ ] DOA  OTHER: [ ] Nursing Home  [ ] Residence  [ ] Other (Specify)
9b. FACILITY NAME: SEARHC Mt. Edgecumbe 222 Tongass DR.
9c. CITY, TOWN, OR LOCATION OF DEATH: Sitka

10. MARITAL STATUS: [ ] NEVER MARRIED  [ ] MARRIED  [X] WIDOWED  [ ] DIVORCED  [ ] UNKNOWN
11. SURVIVING SPOUSE (If wife, give maiden name):

12a. DECEDENT'S USUAL OCCUPATION: Housewife
12b. KIND OF BUSINESS/INDUSTRY: Domestic
13. WAS DECEDENT EVER IN U.S. ARMED FORCES? [ ] YES  [X] NO  [ ] UNKNOWN

14a. RESIDENCE—STATE: Alaska
14b. CITY, TOWN OR LOCATION: Sitka
14c. STREET AND NUMBER: 120 Katlian
14d. INSIDE CITY LIMITS OR SETTLED COMMUNITY? [X] YES  [ ] NO  [ ] UNKNOWN
14e. ZIP CODE: 99835
15. WAS DECEDENT OF HISPANIC ORIGIN? [X] NO  [ ] YES Specify:
16. RACE: Native
17. DECEDENT'S EDUCATION: Elementary/Secondary (0-12) / College (1-4 or 5+)

**PARENTS**
18. FATHER'S NAME: Dave Davis Sr.
19. MOTHER'S NAME: Annie Johnson

**INFORMANT**
20a. INFORMANT'S NAME: Mary I. Miller
20b. MAILING ADDRESS: P.O. Box 1453 Sitka, AK. 99835
20c. RELATIONSHIP TO DECEDENT: Daughter

**DISPOSITION**
21a. METHOD OF DISPOSITION: [X] Burial  [ ] Cremation  [ ] Removal from State  [ ] Donation  [ ] Other (Specify)
21b. PLACE OF DISPOSITION: Sitka Memorial Park
21c. LOCATION—City or Town, State: Sitka, AK.
22a. SIGNATURE OF FUNERAL SERVICE LICENSEE: [signature]
22b. NAME AND ADDRESS OF FACILITY: Prewitt F.H. P.O. Box 1001 Sitka, AK. 99835

**PRONOUNCING OFFICIAL ONLY**
23a. Signature and Title: [signature] Jason Brooks MD
23b. DATE SIGNED: 1/2/01

24. TIME OF DEATH: 1852 PM
25. DATE PRONOUNCED DEAD: 12/20/01
26. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? [ ] Yes  [X] No

**CAUSE OF DEATH**
27. PART I.
a. IMMEDIATE CAUSE: Cardiopulmonary Arrest
   DUE TO (OR AS A CONSEQUENCE OF):
b. Dehydration/Malnutrition
   DUE TO (OR AS A CONSEQUENCE OF):
c. Dementia
   DUE TO (OR AS A CONSEQUENCE OF):
d.

PART II. OTHER SIGNIFICANT CONDITIONS:
28a. WAS AN AUTOPSY PERFORMED? [ ] Yes  [X] No
28b. WERE AUTOPSY FINDINGS CONSIDERED PRIOR TO COMPLETION OF CAUSE OF DEATH? [ ] Yes  [X] No

29a. CERTIFIER:
[ ] CERTIFYING PHYSICIAN
[X] PRONOUNCING AND CERTIFYING PHYSICIAN
[ ] MEDICAL EXAMINER/CORONER

29b. SIGNATURE AND TITLE OF CERTIFIER: [signature] Jason Brooks M.D.
29c. DATE SIGNED: 1/2/02
29d. NAME AND ADDRESS OF CERTIFIER: Jason Brooks, M.D. Mt Edgecumbe Hospital 222 Tongass Dr Sitka AK 99835
29e. LICENSE NUMBER:

30. MANNER OF DEATH: [X] Natural  [ ] Pending Investigation  [ ] Accident  [ ] Could not be determined  [ ] Suicide  [ ] Homicide
31a. DATE OF INJURY:
31b. TIME OF INJURY:
31c. INJURY AT WORK? [ ] Yes  [ ] No
31d. DESCRIBE HOW INJURY OCCURRED:
31e. PLACE OF INJURY:
31f. LOCATION:

Exhibit B

**RECORDER**
32. RECORDER'S SIGNATURE: [signature] Harry Nervos by Sner
33. RECORDING DISTRICT: First
34. DATE FILED: 1/2/02