Law Office of Michael Jude Pate
P.O. Box 6384
Sitka, Alaska 99835
(907) 747-2814
(907) 747-2834 fax
jude@ptialaska.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARY MILLER, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF SARAH JAMES,<br><br>Plaintiff,<br><br>vs.<br><br>THE SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM, MT. EDGECUMBE HOSPITAL AND DEPARTMENT OF HEALTH & HUMAN SERVICES, UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. # J04-014 CV (RRB) |

### AFFIDAVIT OF MICHAEL JUDE PATE

1. My name is Michael Jude Pate. I am the attorney for Mary Miller in the above matter. My business address is printed in the margin to the left.

2. The justification for the request for a two-week extension is the pressing my workload, including participation in the first degree murder trial *State v. Waterman*, and family matters, my grandmother having recently suffered a stroke.

3. I contacted counsel for the defendants, Mr. Daniel Cooper, and through email he stated he did not oppose the request as stated.

Dated this 30th day of January, 2006.

_____
Michael Jude Pate

Subscribed and Sworn to before me by Michael Jude Pate this 30th day of January, 2006, at Sitka, Alaska.

SEAL

_____
Notary Public for Alaska
My Commission Expires: 8/15/08