Michael Jude Pate
Law Offices of Jude Pate & David Voluck
P.O. Box 6384
Sitka, Alaska 99835
(907) 747-2814
(907) 747-2834 fax
jude@ptialaska.net

RECEIVED

FEB - 2 2006

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MARY MILLER, AS PERSONAL )
REPRESENTATIVE FOR THE )
ESTATE OF SARAH JAMES )
)
Plaintiff, )
)
vs. )
)
THE SOUTHEAST ALASKA )
REGIONAL HEALTH )
CONSORTIUM, )
MT. EDGECUMBE HOSPITAL )
AND DEPARTMENT OF HEALTH )
& HUMAN SERVICES, UNITED )
STATES OF AMERICA, )
)
Defendants. )

Case No. J04-0014CV (RRB)

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Mary Miller, plaintiff, through counsel moves for a two week extension to file her opposition to the Defendants' motion for summary judgment. Ms. Miller's opposition is due today, January 30, 2006. She requests an extension until February 13, 2006, to file her opposition. The justification for the request is the pressing workload of counsel for Ms. Miller, including participation in a first degree murder trial *State v. Waterman*, and family matters, counsel's grandmother having recently

UNOPPOSED MOTION FOR EXTENSION OF TIME, Page 1 of 2

1 suffered a stroke. Counsel for the defendants, Mr. Daniel Cooper, has been
2 contacted and does not oppose. This motion is supported by the attached affidavit
3 of legal counsel.

Respectfully submitted this 30th day of January, 2006,

*[signature]*
Michael Jude Pate
Attorney for Plaintiff
Email: jude@ptialaska.net
AK Bar# 9409079

**CERTIFICATION**

The undersigned certifies that a copy of this document was delivered January 30, 2006, by electronic mail to opposing counsel, Daniel Cooper at:

**Daniel.Cooper@usdoj.gov**

Executed at Sitka, Alaska this 30th day of January, 2006.

*[signature]*
Rachel Fate