LODGED FEB - 2 2006

Law Office of Michael Jude Pate
P.O. Box 6384
Sitka, Alaska  99835
(907) 747-2814
(907) 747-2834 fax
jude@ptialaska.net

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARY MILLER, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF SARAH JAMES<br><br>Plaintiff,<br><br>vs.<br><br>THE SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM, MT. EDGECUMBE HOSPITAL AND DEPARTMENT OF HEALTH & HUMAN SERVICES, UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. # J04-014 CV (RRB) |

### ORDER ON STIPULATION

For the reasons given by Ms. Miller and given the non-opposition of Defendants, Ms. Miller's request for a two-week extension to file her opposition to the motion for summary judgment is hereby GRANTED.  Ms. Miller shall file her opposition no later than February 13, 2006.

_____
Ralph R. Beistline
United States District Judge