IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARY MILLER, As Personal Representative For The Estate Of SARAH JAMES,<br><br>            Plaintiff,<br><br>vs.<br><br>THE SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM, MT. EDGECUMBE HOSPITAL AND DEPARTMENT OF HEALTH & HUMAN SERVICES, UNITED STATES OF AMERICA,<br><br>            Defendants. | Case No. 1:04-CV-0014-RRB<br><br><br><br><br><br>**ORDER GRANTING SUMMARY JUDGMENT** |

      Defendants' unopposed Motion for Summary Judgment is, for the reasons articulated by Defendants in their moving papers, hereby **GRANTED.**

      ENTERED this 22nd day of February, 2006.

                                  /s/ RALPH R. BEISTLINE
                                  UNITED STATES DISTRICT JUDGE