IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARY MILLER, As Personal Representative For The Estate Of SARAH JAMES,<br><br>    Plaintiff,<br><br>vs.<br><br>THE SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM, MT. EDGECUMBE HOSPITAL AND DEPARTMENT OF HEALTH & HUMAN SERVICES, UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 1:04-CV-0014-RRB<br><br><br>**ORDER RESCINDING GRANTING OF MOTION FOR SUMMARY JUDGMENT** |

  The Order Granting Summary Judgment entered at Docket 34 is **rescinded**, due to the fact that Plaintiff's opposition to the motion was timely filed but has not yet been docketed.

  ENTERED this 23rd day of February, 2006.

           /s/ RALPH R. BEISTLINE
           UNITED STATES DISTRICT JUDGE