Case 1:04-cv-00014-RRB     Document 36-2     Filed 02/15/2006     Page 1 of 22

RECEIVED

FEB 1 5 2006

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

CLINICAL RECORD BRIEF **Confidential Patient Data Covered by Privacy Act **

| 1 IHS Unit No. | 2 Soc Sec No | 10 Classif. | 11 Facility | 12 Facility Code |
|---|---|---|---|---|
| 00-01-44 | 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 | IND-01 | MT EDGE HOSP | 35-36-01 |

| 3 Last Name, First, Middle | 13 Age | 14 Religion | 15 Hr Admit | 16 Admit Code |
|---|---|---|---|---|
| JAMES,SARAH | 82 | ORTHODOX | 1700 | 1 |

| 4 Birthdate | 5 Sex | 6 Tribe | 17&18 Admit Srvc & Code | 19 Admit Date |
|---|---|---|---|---|
| AUG 6,1918 | F | TLI695 | ADS  04 | DEC 4,2000 |

| 8 Community, County, State Code | Ward | Provider | 20 Discharge Date |
|---|---|---|---|
| 064-17-02 | S3 | | DEC 18,2000 |

| 9 Present Address | 22 Length of Stay |
|---|---|
| BOX 2734  SITKA, AK 99835 | 14 days |

| 23 Next of Kin | Telephone | Address | Relationship |
|---|---|---|---|
| MILLER,MARY | 747-6368 | BOX 1543 SITKA, AK 99835 | DAUGHTER |
| 24 Person to Notify | | | |
| MILLER,MARY | 747-6368 | BOX 1543 SITKA, AK 99835 | DAUGHTER |

| 25 Admitting Diagnosis | 25a Medicaid # 0600159574 exp 01/31/01 |
|---|---|
| PENDING | Medicare #574054483A |
| | Railroad # |
| | Other Insur # |

| 26 ICD9 | 27 Hosp Acq | 28 Established DX |
|---|---|---|
| 820.21 | | INTERTROCHANTERIC FRACTURE OF RIGHT HIP |
| 783.5 | | PSYCHOGENIC POLYDIPSIA WITH |
| 276.1 | | HYPONATREMIA |
| 599.0 | | URINARY TRACT INFECTION |
| 290.40 | | DEMENTIA, PROBABLY MULTI-INFARCT |
| 285.9 | | ANEMIA |
| 428.0 | | CONGESTIVE HEART FAILURE |
| 427.0 | | HISTORY OF PAROXYSMAL ATRIAL TACHYCARDIA |
| 814.00 | | DISPLACED FRACTURE OF LEFT WRIST |
| 920. | | RIGHT PARIETAL-OCCIPITAL HEMATOMA |
| 389.9 | | SEVERE BILATERAL HEARING LOSS |
| 530.81 | | GASTROESOPHAGEAL REFLUX DISEASE |
| 733.13 | | OLD COMPRESSION FRACTURES OF VERTEBRA, LUMBAR 1 AND 4 |
| 564.0 | | CONSTIPATION |
| 788.30 | | URINARY INCONTINENCE |

| 29 ICD9 Code | 30 DX | 31 Op & Selec Procedures | 32 Post-Op Infec | 33 Date | 33a Op Phy Code |
|---|---|---|---|---|---|
| 99.99 | | RESTRAINTS | NO | 1205 | 375TLC |

| 34 Discharge Type | 35 Facility Transferred To | 36 Facility Code |
|---|---|---|
| TRANSFERRED | ALASKA NATIVE MEDICAL CENTER | |

| 37 Disch Service | 38 Disch Srv Code | 39 # Consults |
|---|---|---|
| MENTAL HEALTH | 12 | |

| 40 Injury Date | 41 Alleged Injury Cause | 42 E-Code | 43 Place of Injury | 44 Code |
|---|---|---|---|---|
| | FALL FROM BED | E884.4 | RESIDENT INSTITUTION I | |



PLAINTIFF
EXHIBIT NO. 1
ADMITTED □
J04-014 CV (RJB)
(CASE NUMBER)

EXHIBIT ___2___

Sarah James #144

2+#

HHS-773

| 49 Date Printed | 50 Attending Physician | 50a Phys Co | 51 Admit Clerk/Coder |
|---|---|---|---|
| 01/17/01 | CONLEY,THOMAS L M.D. | 275TLC | EF/TAG |

2⁴5

Sarah James #144

Exhibit 1
Page 2 of 22

```
********* CONFIDENTIAL PATIEN  INFORMATION -- DEC 4,2000  5:17 M *********
*************** JAMES,SARAH   VISIT CONTROL SUMMARY)  pg. 1 ***************


VISIT DATE: DEC 4,2000@17:00       CONTROL NUMBER: 144.469H   TECH: EF

Location: MT EDGECUMBE HOSPITAL

JAMES,SARAH                  DOB: AUG 6,1918     FEMALE
BOX 2734,SITKA,AK,99835
(H) 747-8045 (W) NONE        SSN: 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

HEALTH RECORD NUMBERS:  084160  ANCH MED CTR
                        000144  MT EDGECUMBE HOSPITAL
                        008288  SEARHC HEALTH CENTER - JUNEAU

REFERRING PROVIDER: NONE
EMPLOYER NAME: RETIRED             SPOUSE'S EMPLOYER: N/A

ELIGIBILITY: CHS & DIRECT
INSURANCE          NUMBER    SUFF COV    EL DATE   SIG DATE  END DATE
AK MEDICAID        0600159574     44     02/01/98            09/30/00
MEDICARE           574054483 A    A      08/01/83
                                  B      08/01/83  06/11/84
```

REGARDING THE PATIENT LISTED ABOVE:

* I verify that name, address, phone number & insurance information is correct.

* I give consent for admission to SEARHC Mt. Edgecumbe Hospital
  and for hospital care, including diagnostic and therapeutic care
  recommended by physicians and other health care providers as
  deemed important for my health and health care..

* I authorize insurance/third-party benefits to be paid directly to SEARHC
  Mt. Edgecumbe Hospital.  I verify that the patient (or his/her parent or legal
  guardian) is financially responsible for non-covered services.

* I authorize SEARHC to release to patient's insurance company, Medicare,
  Medicaid, or other public/private organization/individual who may be
  financially responsible, any information required to process this claim
  (including information related to alcohol, drug abuse and mental/nervous
  disorders).

* I understand that SEARHC Mt. Edgecumbe Hospital maintains a safe for the
  safekeeping of money and valuables.  I understand that the hospital shall not
  be liable for loss of, or damage to, any personal property unless deposited
  with the hospital for safekeeping.

```
*********************************************************************
 BEFORE SIGNING, BE SURE YOU HAVE READ AND UNDERSTOOD ALL OF THE ABOVE
 STATEMENTS. WE ARE HERE TO ANSWER ANY QUESTIONS YOU MAY HAVE ABOUT THIS
 FORM. BE SURE YOUR QUESTIONS ARE ANSWERED BEFORE SIGNING THIS FORM.
*********************************************************************
```

If patient is a minor with parent/legal guardian, or an adult accompanied by
responsible party, that person may sign below:

_Norman Smith_ _____        _Son_ _____        _12-6-2000_
      signature                 relationship to patient           date

[ ] Patient is unable to sign (Admitting tech initials/date:_____/_____)

*** END ** CONFIDENTIAL PATIENT INFORMATION -- DEC 4,2000  5:17 PM *********

246

Sarah James  # 144

Exhibit 1
Page 3 of 22

HHS-775

# ADVANCE DIRECTIVE FLOWSHEET
### FOR ADMISSION OF _12-4-00_
(Date)

| To be completed on all admitted patients 18 and over, except those admitted to Mental Health Service. | _(initials)_  _12-6-00_ |
|---|---|
| | Admitting Tech Initials.    Date |

**Admitting Staff - Check and complete 1, 2 or 3 (whichever applies)**

**✓ 1.** Patient has Advance Directive dated _9/21/95_ on file at Mt. Edgecumbe Hospital. This has been photocopied and placed with admitting papers.  Patient (or representative _____ ) states this Advance Directive is current:  (YES) NO   (circle one)

___ **2.** No Advance Directive on file at Mt. Edgecumbe Hospital prior to admission. Patient (or representative _____) asked if patient has an Advance Directive

  RESPONSE:  YES   NO   OTHER _____ (circle one)

  Check and complete A, B or C (whichever applies):

  ✓ **A.** Response is "YES" - copy of Advance Directive provided by patient/representative, photocopied and copy placed with admitting papers.  Sticker placed on chart.

  ___ **B.** Response is "YES" - but patient unable to provide copy of Advance Directive at this time.  Patient/representative advised that Mt. Edgecumbe Hospital needs a copy of the Advance Directive in order for us to honor it.  Patient/representative advised that patient has the option of completing a new Advance Directive, and advised to consult physician for further information.

  ___ **C.** Response is "NO" or OTHER - patient (or representative _____) given information packet on Advance Directives.  Advised to consult physician for further information.

___ **3.** Patient unable to answer questions about Advance Directives at time of admission. No representative available for patient.  Nursing will assess when patient able to discuss, and will provide follow-up questioning re: Advance Directives, plus information packet prior to discharge.

| **Nursing / Medical / Social Services Staff:** | **Health Records Staff:** |
|---|---|
| Information on Advance Directives given | RPMS Data Entry: |
| on _____ by _____ | _____ |
| date          provider | name / date |
| on _____ by _____ | Registry Entry: |
| date          provider | _____ |
| | name / date |
| Other action taken: _____ | **ADDRESSOGRAPH** |
| _____ | 00-01-44 |
| on _____ by _____ | JAMES, SARAH |
| date          provider | |

_2 of 7_

_Sarah James  # 144_

Exhibit __I__
Page __4__ of __22__

HHS-776



**SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM**
Mt. Edgecumbe Hospital
222 Tongass Drive
Sitka, AK 99835   Tele: (907) 966:2411

## DISCHARGE SUMMARY

**DATE OF ADMISSION:** 12/04/00

**DATE OF DISCHARGE:** 12/18/00

**BRIEF HISTORY:** Patient is an 82-year-old woman from Sitka who was admitted to the hospital after a fall at home. She arrived in the emergency room very agitated and indicating that she hurt all over. It turned out that most of the distress she was complaining of related to agitation and bruising, and she was very scared at the time. She did sustain a very minor nondisplaced fracture of her left wrist. She also had some bruising in that area. She has had very little trouble with the fracture. She was complaining of pain at the costal margins in her back, etc. All of those x-rays were negative. She was found to have old fractures of the surgical neck of the left humerus. She also had two compression fractures of the axial skeletal column one of which was well-known to have existed previously. That was an L1 compression fracture. There is an L4 compression fracture, the age of which is not clear-cut. Considering her subsequent hospitalization even though it may have occurred since she was last x-rayed, it was not something that occurred acutely with this hospitalization.

**HOSPITAL COURSE:** Because the patient had hit her head, because she was agitated and demented, and because of difficulty with care at home, it was decided to admit her to the hospital overnight for observation to make sure there was nothing else going on. Unfortunately, when she got to the Acute Medical Services floor she became further agitated and climbed over the bed-rails and fell to the floor hitting her head once again. Subsequent to that she seemed to complain more of her hip than had previously been the case, and a x-ray showed a fracture of the intertrochanteric region of the right hip that definitely had not been there when she presented to the emergency room. The intertrochanteric fracture was very high in the intertrochanteric area and seemed to involve the calcar of the femur.

Patient was treated conservatively initially, after discussions with the family indicated that they thought sending her to Anchorage to have surgical intervention would get her extremely confused and that they feared there would be further complications. She was watched in the hospital for about a week after the fracture. Discussions were held with the family, intermittently, about what the desirable course of action would be. Initially they felt that non-surgical management would be in order. However, subsequent films showed there had been some movement of the fractured fragments, that the position had worsened and that conservative management with bed rest and eventual moving her from bed to chair was not working very well and she was showing signs of further displacement of the fracture, and would likely not walk again with conservative management. At that point the family decided they would opt for surgical intervention and that is being arranged for the week of December 18.

The patient's past history consists of multiple problems including lumbar compression fracture of L1 and probably old compression fracture of L4 noted above. She does not seem to be having any increased pain in her lumbosacral region as opposed to what has been seen previously. I think the L4 fracture is old. She has longstanding dementia which is probably multi-infarct dementia. She has had trouble with chronic anemia and B12 deficiency. She has had intermittent diverticulosis. She has a history of urinary tract infection but has not had any trouble with that during this hospitalization. She has been hypertensive at various times but that has not been a problem on this hospitalization. She has gastroesophageal reflux disease. She has had recurrent small bowel obstructions, again no problem recently. She has had intermittent gastrointestinal bleeding. She has a severe bilateral hearing defect which has made treatment

Continued...

PATIENT:   **JAMES,** Sarah   (Sitka)
DOB:   08/06/18
MR#:   00-01-44

*Sarah James   #144*

Exhibit I
Page 5 of 22

HHS-777



Page 2

Discharge Summary

very difficult. In the past she has paroxysmal atrial tachycardia associated with congestive heart failure but that has not been a problem this time. She has shown psychogenic polydypsia. She has had a left sided Bell's palsy. She has had known fractures of the left humerus. She has mild urinary incontinence. She has had multiple laparotomies for abdominal trauma in the 70s. Modified right radical mastectomy for breast cancer in 1982. She has had a dilation and curettage in the past. She has had surgery for bowel obstruction. She had open reduction internal fixation of the left tibia. She has had bilateral cataract surgeries.

X-rays showed the intertrochanteric fractured hip on the right. She also has very severe osteoporosis throughout. She has an L1 and L4 compression fracture. She has negative skull films. She has no identified rib fractures. Other x-rays including shoulders, wrists, hands, etc., have been negative except for a possible fracture of the distal radial metaphysis on the left side. If that is fractured it has been giving her essentially no problem. It was initially treated with a splint but she seems not to be willing to keep it on and does not seem to be having any difficulty using the hand. She also has an old right clavicular fracture.

During the hospitalization she has been a management problem on a number of fronts. She has had problems with constipation which have been addressed with the use of both stool softeners and cathartics. She has had guaiac negative stools. Part of the problem obviously related to pain medication issues and the use of narcotics. She has had some mild urinary incontinence. Urine cultures have been negative. She has had anemia with hematocrit of 32 on admission which has dropped to 27 after the fractured hip and has hovered in the range of 25 to 26 since that time with no hemodynamic problems. So, although she has been typed for blood we have not transfused her. She is type o+ and has a negative antibody screen.

Chest x-rays have been negative. She has had no evidence of failure during the hospitalization. Her biggest problem has been agitation. She has remained very active in bed and despite continued hip pain certainly has been moving around a great deal. She has been eating reasonably well. She continuously tries to crawl out of bed, she continually wishes to go home. The social situation at home is somewhat difficult. She is taken care of by her son who is attentive but has significant alcohol problems.

As of December 14 the patient is stable. Hematocrit is stable. Pain seems to be reasonably well-controlled and arrangements have been made to move her to Anchorage on December 17 for surgical intervention with a calcar support prosthesis being ordered for the surgery.

**DISCHARGE INSTRUCTIONS:** Transfer to Anchorage by air with present medications, medical records, x-rays, etc. It is noted that there are two family members in Anchorage who will act for the patient.

**DISCHARGE DIAGNOSIS**
1. Fracture of the right hip.
2. Severe deafness.
3. Dementia.
4. Multiple old fractures.
5. Multiple episodes of bowel obstruction in the past.

_____
Thomas L. Conley, MD

bmt
D:  12/14/00  11:12  am
T:  12/14/00  2:30  pm

PATIENT:   **JAMES,** Sarah   (Sitka)
DOB:  08/06/18
MR#:  00-01-44

12/17/00 - 0030 hrs

Addendum -
Pt c̄ H/H = 7³/23 this
Am - transfused 2 units
→ PRBCs c̄ H/H → 9⁸/28 -

Also Pt c̄ Hx of polydipsia c̄
resulting hyponatremia - sml
amt of NaCl given to keep Na in
reasonable range ā transfer, and
Pt put on fluid restriction - 800/shift
Elizabeth Blu

Sarah James  # 144

Exhibit  1
Page 6 of 22

HHS-778



**SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM**
Mt. Edgecumbe Hospital
222 Tongass Drive
Sitka, AK 99835    Tele: (907) 966.2411

## DISCHARGE SUMMARY ADDENDUM

**DATE OF ADMISSION:** 12/04/00

**DATE OF DISCHARGE:** 12/18/00

**DISCHARGE DIAGNOSES**
1.   Psychogenic polydypsia. This has been an intermittent problem in the past and developed when other things were checked over the weekend that the patient's sodium was down to 123. It was traced to the afore mentioned psychogenic polydypsia and the patient was placed on sodium restriction with her sodium quickly coming up to 127. On December 7 the sodium had been 135. This has happened a number of times in the past and is usually correctable by sodium restriction. I do not have a sodium for the 18th, however the patient is still on water restriction and is looking okay.
2.   Anemia. This was addressed previously. Hematocrits have been hovering in the range of 25-to-27, but dropped to 23 over the weekend. The patient was transfused two units and hematocrit is up to 28%. That should stand her in better stead for the surgery.
3.   Urinary tract infection. Patient is growing gram negative rods, none so far identified and has been put on oral Levaquin. As soon as we get the results of the urine culture they will be reported to Anchorage.
4.   Agitation. The patient has seemed more agitated over the weekend than had previously been the case. It may relate to the IVs and Foley catheter she had in. Both of those have been discontinued.

**BRIEF HISTORY:** This is an addendum done to a discharge summary done on December 14 for anticipated discharge on December 17. Due to weather conditions the discharge was delayed until December 18 and over the weekend, the 16th and 17th, the patient developed the above listed problems. The patient did, over the weekend, get some resuscitation with normal saline. It would be suggested that when she gets to Anchorage it would be a good idea to re-check her sodium and CBC. I will get a chemistry screen, and CBC before she leaves and report those to Anchorage in addition to her urine culture.

**IMPRESSION AT DISCHARGE**
1.   Intertrochanteric fracture of right hip.
2.   Psychogenic polydypsia with hyponatremia.
3.   Urinary tract infection.
4.   Agitation related to longstanding dementia complicated by medical problems.
5.   Severe bilateral hearing loss.
6.   Gastroesophageal reflux disease.
7.   Displaced fracture left wrist.
8.   Old compression fractures of L1, L4, and left humerus, and left scapula.

**CONDITION ON DISCHARGE:** Stable, conversant, seems reasonably calm. Blood pressure is 120/60, pulse 90. She is afebrile.

**ADDITIONAL DISCHARGE MEDICATIONS**
1.   Colace
2.   Prevacid
3.   Haldol, increased to 1-to-2 mg every six hours prn agitation.

**DISCHARGE INSTRUCTIONS:** Water restriction of 800 cc per shift.

*CBC & lyter creatinine drawn 0900 12/18 — will fax result*

Thomas L. Conley, MD

jjb
D:   12/18/00   8:45 am
T:   12/18/00   9:01 am

**PATIENT: JAMES,** Sarah    (Sitka
DOB:   08/16/1918
MR#:   00-01-44

*Sarah James  #144*

Exhibit   1
Page   7  of  22

HHS-779



**SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM**
Mt. Edgecumbe Hospital
222 Tongass Drive
Sitka, AK 99835    Tele: (907) 966.2411

## HISTORY AND PHYSICAL EXAMINATION REPORT

**DATE OF ADMISSION:** 12/04/00

**HISTORY OF PRESENT ILLNESS:** The patient is an 82-year-old woman from Sitka who is admitted after a fall. She was at home getting ready to go some place, and her care taker went to the bathroom. Sarah wandered out of the house and fell on the sidewalk. She was brought to the emergency room by the ambulance screaming and very agitated saying that everything hurt. When we could finally get her calmed down a little bit it seemed that she was complaining mostly of her left wrist and left costal margin. She had extensive x-rays of her neck, her hips, her left shoulder, left elbow, left wrist, left hand, and no fractures were found. The x-rays of the cervical spine showed considerable osteoporosis, but no overlaps and no evidence of vertebral collapse. She does, in the lumbar and thoracic spine show a partial wedge fracture of L1 and an old injury to what looks to be about T8, but neither of these are new. She has what looks like it may be an old fracture of the surgical neck of her left humerus, but again this does not look new. There are no fractures of the wrist. There is no pneumothorax. No rib fractures, although there are some old rib fractures seen on the right side.

**PAST HISTORY**
1. Lumbar compression fracture at L1 and L4
2. Hyponatremia.
3. Dementia
4. Chronic anemia.
5. Vitamin B-12 deficiency.
6. Diverticulosis.
7. History of urinary tract infections.
8. Hypertension.
9. Gastroesophageal reflux disease,
10. Recurrent small bowel obstructions.
11. Gastrointestinal bleeding.
12. Bilateral hearing defect which is still a major problem.
13. History of paroxysmal atrial tachycardia, congestive heart failure.
14. Psychogenic polydypsia.
15. Delirium.
16. Left-sided Bell's Palsy.
17. Fracture of left shoulder with freezing of the left shoulder subsequently and that explains the old surgical neck fracture that I am seeing.
18. Urinary incontinence which remains a problem.
19. Depression.
20. Nasal fractures.
SURGICAL
1. Multiple laparotomies for abdominal trauma in the 1970s.
2. Modified right radical mastectomy for breast cancer in 1982.

continued...

**PATIENT:**  **JAMES,** Sarah    (Sitka)
**DOB:**     08/06/18
**MR#:**     00-01-44

251

Sarah James #144

Exhibit 1
Page 8 of 22

HHS-780

Page 2
History and Physical Examination Report

3.  Dilation and curettage in the past.
4.  Surgery on her bowel obstruction.
5.  Open reduction internal fixation of a left tibial fracture.
6.  Colonoscopy.
7.  Bilateral cataract surgeries.

**SOCIAL HISTORY:** She is currently living at home with one of her relatives taking care of her.

**PHYSICAL EXAMINATION**

GENERAL:     Irascible 82-year-old who was originally was quite agitated. She seemed to calm down with a little bit of Ativan and is now more cooperative. If she is not frightened, things go reasonably well. She says she is hungry. Speech seems to be okay.

VITAL SIGNS:  Blood pressure 156/82. Initial respirations at 26 have calmed down to 18. Pulse was 100 and has dropped to 84. Temperature 98.8. Oxygen saturation 100% on room air.

HEENT:       She has a small laceration lateral to her left eye that was closed with two sutures after cleaning and debriding the area. Unremarkable. Pupils are irregular from the cataract surgery, but reactive. Tympanic membranes look okay. Nose and throat are unremarkable. Fundi are normal, discs are sharp.

NECK:        Supple.

CHEST:       Clear. She also had pain over the left costal margin which has resolved itself.

HEART:       S1 is normal. S2 is split. I do not hear any murmurs. She has had transient ischemic attacks in the past but does not seem to be having any trouble with those at the moment.

ABDOMEN:     Soft. No masses are felt. Bowel sounds are normal.

EXTREMITIES:  After she calmed down, she seems to move all extremities without any difficulty. She originally seemed to have pain over her left wrist, shoulder and elbow but that seems to have resolved itself.

BACK:        Straight. She had a little bit of pain in the lumbosacral region which seems back to her usual baseline.

NEUROLOGIC:  Within normal limits. No lateralization. It is difficult to say whether she is oriented. She looks and acts like she pretty much always does. She is cooperative one minute and then somewhat irascible the next, but overall reasonably cooperative.

SKIN:        Looks pretty much normal.

**DATA:** CBC shows white count 5,200, hematocrit 32, platelet count 486,000. Urinalysis is pending at this point. X-rays, although showing severe osteoporosis, show no recent fractures but show some old fractures of vertebrae and ribs, but nothing acute and also shows an old fracture of the left surgical neck of the humerus.

**IMPRESSION:** Multiple trauma from fall in a fragile 82-year-old woman with multiple other problems.

**PLAN:** We will watch her over night to make sure nothing goes awry and that she looks okay in the morning and that will also give us time to get the radiologist to look at the films. He is not here this afternoon.

Thomas L. Conley, MD          slf

D:   12/04/00   4:43 p.m.
T:   12/04/00   5:43 p.m

PATIENT:  **JAMES**, Sarah   (Sitka)
DOB:     08/06/18
MR#:     00-01-44

252

Sarah James  #144

Exhibit  1
Page  9  of  22

HHS-781

```
-------------------------------------------------------------------------
 6-Dec-00                    NUTRITION ASSESSMENT                 Page 1
-------------------------------------------------------------------------
```

JAMES,SARAH                         Female            Age 82

                 Date of Assessment:  6-Dec-00

Height:       5' (152 cm)
Weight:      135 lbs (61.4 kg)            Weight Taken:     24-Jul-00
Usual Weight: 127 lbs (57.7 kg)           Weight/Usual Wt:  106%
Ideal Weight: 118 lbs (53.6 kg)           Weight/IBW:       114%
Frame Size:   Medium                      Body Mass Index:  26.4 (50%)

                          Laboratory Data
     Test                  Result   units     Ref.   range    Date

       WBC                 12.1 H   K/cmm      4  -   12     6-Dec-00
       HGB                  8.9 L   g/dL      12  -   16     6-Dec-00
       HCT                 27.1 L   %         37  -   47     6-Dec-00
       LYMPH %              7.0 L   %         10  -   50     6-Dec-00

Energy Requirements:  1642 Kcal/day        Kcal:N  209:1
Protein Requirements: 49 gm/day            NPC:N   184:1
Fluid Requirements:   2148 ml/day
Nutrition Status:   Moderately Compromised

Comments

S. Per husband, she doesn't want food pureed. ground meat works best.
O. DX Lumbar compression fracture at L1 and L4. Hyponatremia, dementia
chronic anemia, Vit B-12 defficiency. Diet order Regular.
A. patient has a problem tolorating regular foods. Modification to Mech
soft with ground meat best describes her tolorance. She is eating small
amounts.
P. Provide diet as tolorated. Snacks of choice. Goal is to provide adequate
calories to promote healing. Monitor food tolerances.

Entered by: BEVERLY J MULLIN

                    _Beverly J Mullin, R.D._   _12/6/00_
                              Signature              Date
```

```
-------------------------------------------------------------------------
JAMES,SARAH                    SEARHC               IHS A-653 ANC
144   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              S3/319-1             revised 11/94
-------------------------------------------------------------------------
```

253

Sarah James  # 144

Exhibit __1__
Page _10_ of _22_

HHS-782

DEC-08-00 FRI 12:28 PM  ORTHOPEDICS                FAX NO. 729 1634              P. 01/05

# ALASKA NATIVE
# MEDICAL CENTER

TELERADIOLOGY CONSULTATION

TO:

DATE OF X-RAYS:

DATE OF READING:  12/5/2000.

X-rays are sent from Mt. Edgecumbe Hospital in Sitka by Dr. Tom
Conley.  Sent are multiple x-rays of the pelvis and right hip and
also of the left forearm dated 12/4 and 12/5/2000.

This 82-year-old apparently quite demented female was brought to
the Mt. Edgecumbe Hospital Emergency Department on 12/4 basically
screaming after a fall.  It was apparently quite difficult to try
to figure out where she was localizing pain, but x-rays were done
at the time and did not reveal any fractures of the right hip.
Those x-rays are provided and do look unremarkable.  The x-rays of
the wrist show what might be a nondisplaced fracture of the distal
radius, which I think can be treated with splinting alone.  The
patient was admitted to Mt. Edgecumbe Hospital, and secondary to
her dementia apparently managed to get herself out of bed and fell
out of bed.  X-rays of the right hip were repeated today and now
show a nondisplaced or very minimally displaced fracture at the
base of the neck.  This patient was discussed with Dr. Conley.  We
discussed surgical versus nonsurgical options.  Dr. Conley will
discuss the options with the family.  Nonsurgical treatment would
be to try to keep this patient nonweightbearing with bed rest and
bed to chair only and repeat x-rays in one week and two weeks and
then as needed to watch for any sign of displacement, and if
displacement does occur, then most likely surgery would be
necessary.  The other option would be to go ahead and sent her
down right now for fixation basically prophylactically.  There
certainly carries its own risks and requires some degree of
postoperative cooperation which certainly is not going to happen
in this case.  In any case, both surgical and nonsurgical options
will be discussed and will proceed with whatever decision is made.


JL/078/#18338        /                          John Lapkass, M.D.
D: 12/05/2000 T: 12/06/2000
cc: Mt. Edgecumbe Hospital, Sitka


---

**JAMES, SARAH**                    RESIDENCE:
MR #00-01-44                        PHYSICIAN: John Lapkass, M.D.

DOB: 08/06/1918

144

Sarah James # 144

Exhibit 1
Page 11 of 22

HHS-783

508-112                                                                    7540-01-044-5515

**MEDICAL RECORD** | **DOCTOR'S ORDERS**

INSTRUCTIONS: Place form on firm surface; use pressure on ball point pen.  Sign all orders.
Nurse:  Remove one copy and send to Pharmacy after each order is written.

| DATE AND TIME | | | | | |
| START | STOP | Rx | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| 12/4/00 | 1800 | ✓ | Patient lieup & tends to sundown | | |
| | | ✓ | Reced ♂ wander & fall | | |
| | | ✓ | Multiple trauma | | |
| | | ✓ | ♂ wrist splint | | |
| | | ✓ | Percocet ♂ q 6 arm pain p.q | | |
| | | ✓ | 2085° CA on ward 7 CBC done in ER | | |
| | | ✓ | Ativan ½ — p.o or IM q 6am | | |
| | | | agitation | | |
| | | ✓ | Reg diet — no milk product | | |
| | | ✓ | VS q 4 while awake | | |
| | | ✓ | Haldol ½ — p.o qhs | | |
| | | ✓ | Ambulate ē supervision | | |
| | | | noted | | |
| | | ✓ | Allergic lisinopril, codeine, milk, Vicodin (Percocet OK) | | |
| | | ✓ | statenu up to date | | |
| | | | noted M. Hausand, R. | 12/4/00 1730 | |

508-112                                                                                          7540-01-044-5515

## DOCTOR'S ORDERS

**MEDICAL RECORD**  INSTRUCTIONS: Place form on firm surface; use pressure on ball point pen. Sign all orders.
Nurse: Remove one copy and send to Pharmacy after each order is written.

| DATE AND TIME | | | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| START | STOP | Rx | | | |
| | 12/4/00 | | | | |
| | 1905 | 1) | Tional | | |
| | | 2) | Paxon | | |
| | | 3) | Haldol ½ mg IM now | | |
| | 12/4/00 | | Oxy contin 10 mg PO Q12° 1st now | | |
| | 2300 | | Haldol 1 mg PO x1 now | | |
| | | | noted (Baughman RN | | |
| | 12/4/00 | 2340 | | | |
| 12/5/00 | | 24° Chart ✓ | | (Baughman RN | |
| 12/5/00 | | 1) | time out cath for residual | | |
| | | 2) | | | |
| 12/5/00 | | 1) | Foley | | |
| | | 2) | LS spine / R hip, femur & knee + pelvis films. Rues PM & cat shell | | |
| | | 3) | MS 1-2 g IM g 1-2 hrs. | | |
| | | | - give 2 g stat | | |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

noted 12-5-00 0900
Baughman RN

REGISTER NO.                WARD NO.

**DOCTOR'S ORDERS**
Medical Record

00144   NTED  CC/SITKA
JAMES, SARAH    -F-
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   08-06-18   TXB 695

NO INS

STANDARD FORM 508 (Rev. 3-94)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

256

Sarah James  # 144

Exhibit 1
Page 13 of 22

HHS-785

508–112                                                                                      7540–01–044–5515

## DOCTOR'S ORDERS

**MEDICAL RECORD**

INSTRUCTIONS: Place form on **firm surface**; use pressure on ball point pen. Sign all orders.
Nurse: Remove one copy and send to Pharmacy after each order is written.

| START | STOP | Rx | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|-------|------|-----|-------------|-------------------|-------------------|
| | 12/5/00 | | | | |
| | | 1) | Pillow between knees | | |
| | | 2) | Splint ② wrist a | | |
| | | | noted SPiper RN 12/5/00 lets | | |
| | 12/5/00 | | | | |
| | | 1) | Watch for decubitis / turn frequently | | |
| | | 2) | Heel protectors | | |
| | | 3) | Ask about D/C foley 12/5 | | |
| | | 4) | foam mattress | | |
| | | | noted SPiper RN 12/5/00 @ 1340 | | |
| | | | | Conley | |
| 12/5/00 | | | CBC  12/6/00 | | |
| | | | noted m. Housaud RN 12/4/00 1715 | | |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first,
middle; grade; rank; rate; hospital or medical facility)   REGISTER NO.        WARD NO.

100144   MED   CC/SITKA

JAMES, SARAH   -F-
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   08-06-18   TER 695

**DOCTOR'S ORDERS**
Medical Record

STANDARD FORM 508 (Rev. 3–94)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201–9.202–1

NO INS
MEDARE ON FILE   MCAID ON FILE

257

Sarah James  # 144

Exhibit 1
Page 14 of 22

HHS-786

508-112                                                                      7540-01-044-5615

| | | | DOCTOR'S ORDERS |
|---|---|---|---|

**MEDICAL RECORD**
267 #2

**INSTRUCTIONS:** Place form on firm surface; use pressure on ball point pen. Sign all orders.
Nurse: Remove one copy and send to Pharmacy after each order is written.

| DATE AND TIME | | | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| START | STOP | Rx | | | |

Dulcolax supp now — please let me know if no BM

12/8 — May one to TCS (Fx ® hip

5/8/30 — Orders:

2112 1) CBC, ® hip series  12/11

2) Reg diet

3) O₂ at 2L prn

4) Colace 100 mg BID

5) MS 1 mg IM q 6-8° prn pain

6) Oxycontin 20 mg SR ½ q12 po

7) On any day does not have BM
give ii Dulcolax tab at HS

8) Haldol ½ — po q 12 prn agitation
& 1 mg at HS (this dose not prn)

9) Foam mattress heel pads watch
for skin breakdown / turn frequently
abduction pillow between knees

10) Wrist splint on ® prn

11) Weight q 2d / VS BID

12) Patient extremely hard of hearing

12/8/00  TO. Pt. on 15" V's + bed alarm
1400              V.S. BID
Dr. Conley / G—————— RN

**PATIENT'S IDENTIFICATION** (For typed or written entries give: Name—last, first,
middle; grade; rank; rate; hospital or medical facility)

Noted
12/8/00 @ MED CC/SITKA
12/8/00 @ 1500  S. Slaughter RN

JAMES.SARAH -F-
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  08-06-18  TRB 695

NO IHS
SCISE ON FILE  MCAID ON FILE

Printed on Recycled Paper

| REGISTER NO. | WARD NO. |
|---|---|
| | 325 |

**DOCTOR'S ORDERS**
Medical Record

STANDARD FORM 508 (Rev. 3-94)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

Sarah James #144

260

Exhibit 1
Page 15 of 22

HHS-789

1700

| Admission Date/Time: | 1240 0 | Assessment Time: | 1700 | RN Signature: | R. Lam RN |
|---|---|---|---|---|---|

T = 98⁸   P = 84   R = ____   B/P = 134/176   Ht = ____ cm/s   Wt = 55.8 Kg/s
09/lkpm

## ENVIRONMENT ORIENTATION *Oriented family members + pt.*  (COMPLETED)
(Bathroom) (Call light) (Emergency light) (Bed controls) (Telephone) (TV) (Visiting hours)
(Closet) (Drawer) (Siderail policy) (Smoking policy) (Scheduled patient education classes)
(Patient's rights) (Personal belongings disposition) (Valuables disposition)

## ASSISTIVE DEVICES WITH PATIENT                                    (N/A)
(Glasses) (Contacts) (Dentures  U/L) (Dental appliance) (Hearing aid  R/L) (Crutches) (Cane)
(Walker) (Wheelchair) (Prosthesis) (Other)

Chief complaint: " *fell @ home*

Allergies: Codeine, milk products, Vicodin, lisinopril   Immunization current? (Yes) (No)
Advanced Directives: Have you discussed these with your physician? (Yes) (No) (Deferred)
Would you like to have a discussion? (Yes) (No)   Appointment date/time:   *I'd up to date*
Current medications & disposition: *See H+P -*

Rx compliance: *girl*

## SENSORY-PERCEPTUAL &/OR THOUGHT ALTERATION
∓ Disoriented to: (Time) (Place) (Person) ∓ (Confused) (Illogical) (Memory deficit) ∓

∓ Impaired: (Vision) (Smell) (Taste) (Touch) (Hearing) ∓

∓ Hallucinations are: (Visual) (Auditory) (Auditory command) (Phantom pain) (Tactile)
(Olfactory) ∓ (Restless) (Agitated) (Fearful) (Withdrawn) (Delusional) ∓ (Unkempt) ∓

∓ (Sleep pattern disturbed) ∓

(PROBLEM DEFERRED)   (REFER TO NURSING DIAGNOSIS # 1 )   (NO EXCEPTIONS NOTED)

## RESPIRATORY FUNCTIONS ALTERATION
∓ (Respiratory rate >24) ∓ (Dyspnea) ∓ (Orthopnea) ∓ (Uses accessory muscles) ∓

∓ Abnormal breath sounds: (Wheezing) (Stridor) (Rhonchi) (Crackles) (Diminished) ∓

∓ Cough is: (Dry) (Productive) ∓ (Uses O₂ at home) ∓ (Sputum) ∓

∓ (Smoker) Note quantity & duration:

∓ Respiratory Therapy consult for smoking cessation education

(PROBLEM DEFERRED)   (REFER TO NURSING DIAGNOSIS # )   (NO EXCEPTIONS NOTED)

---

| ADDRESSOGRAPH | NURSING ADMISSIONS DATA BASE |
|---|---|
| 000144  HTED  CC/SITKA | INTERDISCIPLINARY |
|  | ADULT PATIENT INFORMATION |
| JAMES, SARAH  -F- | |
| 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  08-06-18  TRB 695 | PAGE 1 OF 4  (8/27/98)  104-0190 |
| NO INS | |
| NOAME ON FILE   MCAID ON FILE | |

*Sarah James  #144*   271

Exhibit 1
Page 16 of 22                                                    HHS-800

## CARDIAC OUTPUT TISSUE PERFUSION ALTERATION

☞ (Cardiac pain) ☞ Vascular pain is: (Acute) (Chronic) ☞ Pulses are: (Absent) (Weak) (Thready)
(Irregular) (<50) (>100) ☞ (Diaphoretic) (Weak) (Palpitations) ☞ (CRT >3. sec) ☞
☞ B/P: Systolic: (<90) (>150)  Diastolic: (>90)  Mean: (<60) (>110) ☞ (Pacemaker) ☞
☞ Color: (Pallor) (Cyanosis) ☞

(PROBLEM DEFERRED)    (REFER TO NURSING DIAGNOSIS # )    (NO EXCEPTIONS NOTED)

## ELIMINATION/REPRODUCTIVE ALTERATION

☞ Urinary problem of: (Frequency) (Urgency) (Retention) (Burning) (Hematuria) (Incontinent)
(Foley) (External catheter) ☞
☞ Bowel problem of: (Constipation) (Diarrhea) (Hemorrhoids) (Rectal bleeding) (Colostomy) ☞
☞ Uses: (Laxatives) (Enemas) ☞ (Abdominal distention) ☞
☞ Bowel sounds: (Absent) (Hypoactive) (Hyperactive) ☞
☞ Sexually active w/o: (Protection) (Contraceptive) ☞
☞ Urethral: (Bleeding) (Drainage) ☞
☞ Vaginal: (Bleeding) (Drainage) ☞
☞ (LMP > 30 days) (Irregular menses) (No menses) (PAP > 1 year) (Mammogram not current) ☞
☞ OBS RN consult for pregnancy/breast feeding problems

(PROBLEM DEFERRED)    (REFER TO NURSING DIAGNOSIS # 5)    (NO EXCEPTIONS NOTED)

## SKIN INTEGRITY ALTERATION

☞ Skin is: (Thin) (Dry) (Poor turgor) (Erythema) (Crusts) (Denuded skin) (Wounds) (Ulcers)
(Puruitis) (Rashes) ☞ Poor: (Foot) (Nail care) ☞ (Risk of developing pressure sores) ☞
☞ (Scars) (Bruises) (Welts) (Burns) (Masses) ☞ (Injuries in various healing stages) ☞
☞ Mucous membranes are: (Dry) (Swollen) (Denuded) (Tears) (Ulcers) (Erythema) ☞
☞ POS RN consult for surgery

(PROBLEM DEFERRED)    (REFER TO NURSING DIAGNOSIS # 6)    (NO EXCEPTIONS NOTED)

## COMFORT ALTERATION

☞ (Unable to relax) ☞ Pain: (Acute) (Chronic) Describe & locate:
☞ Patient's perception of severity on scale of 1-5: (1-2-3-4-5) ☞
☞ Symptoms (Reduced) (Worsened) by:
☞ TCS RN consult for hospice care

(PROBLEM DEFERRED)    (REFER TO NURSING DIAGNOSIS # 2)    (NO EXCEPTIONS NOTED)

## SELF-CARE DEFICIT

☞ No energy for self-care  ☞ (ROM limited) Note why & where:

☞ Needs assistance/dependent for: (Dressing) (Grooming) (Eating) (Dental care) (Toileting)
(Bathing) (Ambulation distance ___ ft.) (Staff to transfer 1-2-3) ☞
☞ Uses: (Wheelchair) (Walker) (Cane) (Prosthesis) ☞ Function is: (Weak) (Absent) (Spastic) ☞
☞ Mobility impairment: (Partial) (Non-weight bearing) (Bedrest) ☞

☞ Hearing: (Impairment) (Deaf) (AD) (AS) (AU)  Hearing exam scheduled: _____ ☞
☞ Visual: (Impairment) (Blind) (OD) (OS) (OU)  Eye exam scheduled: _____ ☞ HOH
☞ Speech: (Impairment) (Mute)  Speech is: (Absent) (Pressured) (Slurred) (Fast) (Slow) (Loud)
(Soft) (Tangential) ☞ Needs interpreter for _____ language ☞
☞ (Dental problems)  Dental appointment scheduled: _____ ☞

(PROBLEM DEFERRED)    (REFER TO NURSING DIAGNOSIS # )    (NO EXCEPTIONS NOTED)

272

Sarah James  # 144

Exhibit 1
Page 17 of 22

HHS-801

## NUTRITIONAL/FLUID ALTERATION

⚶ Special diet:


⚶ Nutrition consult for TPN/tube feeding
⚶ Food/beverage intolerance for:

⚶ Food/beverage dislikes:

⚶ Weight: (Under)(Over)(Recent loss/gain)(Anorexic)(Bulimic)(Nauseated)(Vomiting) ⚶

⚶ (Orthostatic) ⚶ Impaired: (Chewing)(Swallowing)(Self-feeding) ⚶
⚶ (Dehydrated) ⚶ (Glucose electrolyte imbalance) ⚶ Edema: (Peripheral)(Sacral)(Other) ⚶
⚶ (Venous distention) ⚶

  (PROBLEM DEFERRED)    (REFER TO NURSING DIAGNOSIS #    )    (NO EXCEPTIONS NOTED)

## INEFFECTIVE COPING/SELF-CONCEPT DISTURBANCE

⚶ (Anxious)(Anger)(Apathy)(Dependent)(Depressed)(Denial)(Despondent)(Distrusting)
  (Fearful)(Withdrawn)(Tearful)(Helplessness)(Self-deprecating)(Critical of others)
  (Hopeless)(Guilt)(Pent-up hostilities)(Poor problem solving abilities) ⚶

⚶ Role conflicts ⚶ Parenting techniques: (Inadequate)(Ineffective) ⚶
⚶ Communication style: (Aggressive)(Passive) ⚶

  (PROBLEM DEFERRED)    (REFER TO NURSING DIAGNOSIS #    )    (NO EXCEPTIONS NOTED)

## INJURY POTENTIAL

⚶ Fall risk due to: (Age 70+)(Fall hx)(Seizure hx)(Dizzy)(Weak)(Confused)(Disoriented)
  (Gait unstable)(Requires protective devices)(Rigid independent life-style) ⚶

⚶ Meds include: (Narcotics)(Sedatives)(Psychotropics)(Tranquilizers)(Antidepressants)
  Antihypertensives) ⚶

⚶ Aggressive due to: (Swearing)(Rage)(Hyper-vigilance with paranoid ideation)
  (Blame of other(s) for problem(s))(Confusion with absence of usual inhibitions)
  (Dementia with fear or refusal to accept caretakers help)(Actual physical assault)
  (Verbal threats to harm another person)(Recent history of assaultive behavior)⚶

⚶ Suicidal: (Attempt made)(Ideation)(Plan)(History)(Lacks future orientation) ⚶

⚶ (Nosocomial risk) ⚶ (Immune deficiency) ⚶ (Hypothermia) ⚶ (Hyperthermia) ⚶

⚶ (ETOH)(Drugs)(Inhalants) ⚶ (Intoxication)(Withdrawal) ⚶
⚶ Last drink/drug/inhalant use:_____  Note normal pattern:

        100144  MTED CC/SITKA

  (PROBLEM DEFERRED)  (REFER TO NURSING DIAGNOSIS #    )    (NO EXCEPTIONS NOTED)
       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  08-06-18  TRB 695

        ADDRESSOGRAPH
      NO INS
      HOME ON FILE      MCAID ON FILE        NURSING ADMISSIONS DATA BASE
                                                  INTERDISCIPLINARY
        JAMES, SARAH                          ADULT PATIENT INFORMATION

                                          PAGE 3 OF 4    (8/27/98)    104-0190

                                                                          273

                              Sarah James #144

Exhibit 1
Page 18 of 22

HHS-802

## KNOWLEDGE DEFICIT

¶ (Last health risk appraisal over one year) ¶

¶ (Mispreception of current health status) ¶

¶ Lacks knowledge of disease process for: (Diagnostic procedures)(Treatments)
  (Discharge plan)(Wellness prescription) ¶

¶ (Non-compliance)(Illiterate)(Aphasia)(Denial)(Cultural conflict)(Other) ¶

¶ Unable or prefers not to learn from: (Hands on)(Reading)(Discussion)(Diagrams)
  (Videotapes)(Audio tapes)(One-to-one sessions)(Group sessions) ¶

(PROBLEM DEFERRED)    (REFER TO NURSING DIAGNOSIS #_2_ )    (NO EXCEPTIONS NOTED)

## ALTERED SUPPORT SYSTEM/DISCHARGE PLANNING

¶ Recent losses of: (Family member)(Friend)(Spouse via death)(Divorce)(Separation)

¶ Recent loss of: (Job)(Personal property)

¶ Cultural/religious conflicts that affect care:

¶ Inadequate: (Food)(Shelter)(Clothing)(Medical care)(Medical care financial coverage)
  (Child care)(Income)(Employment)(Leisure/Recreational activities)

¶ Family/support system: (Crisis)(Absent)(Limited)(Available per phone only)
  (No central focus to coordinate extended family interactions)
  (No comforts measures supporting family in grief)

¶ Family dynamics: (Communication angry)(Uninvolved)(Over involved)(Neglect)(Assault)
  (History of abuse)

¶ Discharge plans for home with assistance for: (ADL's)(Treatments)(Medical equipment)
  (Extended care facility)(Modified home environment)(Community support)(Other)

¶ Multiple hospitalizations in last 6 months

¶ TCS RN consult for uncompensated functional deficit

¶ TCS RN/Social Services consults for alcohol/drug abuse disorder/other

¶ TCS RN consult for legal holds

¶ Law enforcement/Division of Senior Services referrals for suspected vunerable
  adult/elder abuse

¶ Guardianship:                Family in town.

_(PROBLEM DEFERRED)    (REFER TO NURSING DIAGNOSIS #    )    .(NO EXCEPTIONS NOTED)

ADULT PATIENT INFORMATION          PAGE 4 OF 4    (8/27/98)    104-0190

2A

Sarah James #144

Exhibit 1
Page 19 of 22

HHS-803

**Fracture**
Revised: 6/00 MEH

| ND# | PROBLEM/NDX | | DATE: 12/5 |
|---|---|---|---|
| 1. | Impaired physical mobility r/t fracture and injury to surrounding tissue of: | | 12-5 |
| 2. | Pain r/t fracture and/or trauma | | 12-5 |
| 3. | Knowledge deficit R/T Hopitalization, Tx, Dx& Routines | | 12-5 |
| 4 | Pot for injury 2° confusion hx of falls | | 12-5 |
| 5 | Elimination Alteration incontinent B/B | | 12-5 |
| 6 | Skin Integrity Alt | | 12-5 |

| EXPECTED OUTCOMES | DATE MET | NOT MET | COMMENTS | INIT |
|---|---|---|---|---|
| 1. Regains mobility to optimal level, verbalizes | | | | |
| needed restrictions, understands rationale | | | | |
| 2. Pt. reports a reduction in pain/participates in diversional activities | | | ✓ | |
| 3. Verbalizes understandances of health status, procedures and treatment plan | | | | |
| 4. Pt. remains free of further injury during hospstay | | | | |
| | | | | |
| | | | | |
| | | | | |

| INTERVENTIONS | DATE MET | NOT MET | COMMENTS | INIT |
|---|---|---|---|---|
| Maintain bedrest/activity limitations/prescribed position to facilitate healing, change position q 2-4 hrs. | | | | |
| Elevate affected extremity & apply ice as indicated | | | | |
| Support affected extremity when moving, turning, lifting | | | | |
| Perform/assist with ROM of unaffected joints | | | | |
| Consult PT | | | | |
| Encourage patient to assist ADL; ambulation within limitations | | | | |
| Assess location intensity of pain using pain scale | | | | |
| Administer analgesics of ordered and monitor effectiveness | | | | |
| Provide diversional activities | | | | |
| 1'it, posey restraint or bed alarm at least 2 out of 3 of interventions named @ any one time | | | | |
| | | | | |
| | | | | |
| | | | | |

ADDRESSOGRAPH

100144   MTED   CC/SITKA

JAMES,SARAH  -F-
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  08-06-18   TRB 695

NO INS
MCARE ON FILE      MCAID ON FILE

276

Sarah James  #144

Exhibit 1
Page 20 of 22

HHS-804

**At Risk For**

| |
|---|
| Altered tissue perfusion, impaired tissue integrity r/t surg. reduction, puncture wound |
| Altered tissue perfusion: cerebral and/or cardiopulmonary r/t fat emboli |
| |
| |
| |
| |

| Patient/Family Teaching/Discharge Planning | Date Met | Not Met | Comments | Init |
|---|---|---|---|---|
| Oriented to Unit environment, monitors, procedures and routines | | | | |
| Discussed meds – administration, schedule, side effects | | | | |
| Discussed pain management & use of diversional activities | | | | |
| Discussed signs and symptoms to report to RN/MD | | | | |
| Discussed activity limitations/ rehab plan | | | | |
| Explain cast, splint, sling care as indicated | | | | |
| Follow-up teaching needs reviewed with accepting RN | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ADDRESSOGRAPH

**Nurse Signatures**

Admit by ___ X Jam RH _____ Date 12-5-00
Transfer by _____ Date _____
Transfer by _____ Date _____
Transfer by _____ Date _____
Transfer by _____ Date _____
Discharged by _____ Date _____
*CNCP = Continue Nsg. CP.

Sarah James #144

276

Exhibit __1__
Page 21 of 22

HHS-805

509-113                                                                NSN 7540-00-634-4122

| MEDICAL RECORD | PROGRESS NOTES |

12-4-00

DATE

1730    UA sent. CN Housand, RN

12/4    Fell from bed then climbed over
1900    rail. Has (R) parietal-occipital
        hematoma → prev seen
        Prev. etc. Neuro unchanged
        No previous area injury & no
        complaint, however again
        aggitated 2° use of posey
        Fundi ⊖ / TM ⊖ Neuro WNL

12-4-00    Nsg: Pt arrived on floor @ 1730 & medicated
1930    ⊆ Percocet + Ativan 0.5mg po @1730. She had
        fall outside her home earlier in day.
        Pt placed in room 322 ⊆ bed alarm
        & bed alarm worked x1 & pt assisted
        to BR x1. Pt crawled over bed rail @ 1830
        & fell to floor bumping head. Initial
        neuro V/s showed no change & Dr Conley
        present @ time of fall & helped pt back
        to bed. Pt ⊆ new hematoma to back of
        head & Dr Conley aware no x-rays ordered.
        Neuro V/s to be monitored q2° — RSambi

(Continue on reverse side) -

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate;
hospital or medical facility)     REGISTER NO.          WARD NO.

PROGRESS NOTES
Medical Record

000144   HTED CC/SITKA

JAMES, SARAH   -F-
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   08-06-18   RB 695

NO INS
SCALE ON FILE

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

283

Sarah James #144

Exhibit __1__
Page 22 of 22

HHS-812