RECEIVED
FEB 15 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA



SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM
Mt. Edgecumbe Hospital
222 Tongass Drive
Sitka, AK 99835 Tele: (907) 966.2411

**DISCHARGE SUMMARY**

**DATE OF ADMISSION:** 07/01/01

**DATE OF DISCHARGE:** 07/18/01

**DISCHARGE DIAGNOSIS:**
1. Urinary tract infection.
2. Failure to thrive.
3. Serum-inappropriate ADH with hyponatremia, chronic.
4. Anemia.
5. Gastroesophageal reflux.
6. Dementia.
7. Osteoarthritis.
8. Osteoporosis.
9. Profoundly low albumin.

**SUMMARY:** See Admission History and Physical by Elliot J. Bruhl, M.D. The patient's infection was successfully treated with Levaquin, which had been discontinued for several days prior to discharge. The patient had persistently low sodiums, and Juneau records were obtained, indicating at least three admissions in the past six months that revolved around sodiums in the one-teens. It was thought in the past that her sodium was related to psychogenic polydipsia. The patient's renal function is normal. Her albumin was 1.6. The remainder of electrolytes were normal. The patient has a chronic anemia with a hemoglobin running around 10. She has documented low B12 in the past, and has been on replacement, but the anemia is normochromic/normocytic, and has been present for a prolonged period of time and worked up in the past. Because of her disability, and her spending most of her time in bed, and difficulty getting her up straight for feeding, it was elected to hold the alendronate because of risk to her esophagus. There was initially some agitation, which during the last five or six days of the hospitalization was not a significant problem. Nutrition was consulted about her low albumin. Mary Marx, the patient's daughter, was updated numerous times and relayed the fact that Sarah never wanted any heroics. It was very clear that heroics implied DNR, but artificial nutrition issues were unclear, and Mary was going to try to talk to her other relatives and come up with a plan, if possible, regarding artificial nutrition. Pain was not a major issue during this hospitalization, and no narcotics were needed for management. At the time of discharge, the patient weight 56.5 kg. Some of the edema that she came in with had resolved. She had a few rhonchi in the chest. She was profoundly hard of hearing, but could verbalize any symptoms of discomfort, and could interact with staff. Her long-term prognosis is grim, and the goal of the care at this point is to make the patient as comfortable as possible. The patient's family understands that recurrent crises are expected in this situation, the timing of which is not predictable.

While in the hospital, the patient had a serum osmolality, and the urine osmolality was approximately twice that of the serum.

Continued...

PATIENT: **JAMES,** Sarah (Sitka)
DOB: 08/06/18
MR#: 00-01-44

PLAINTIFF
EXHIBIT NO. 2
ADMITTED ☐
J04-014-CV(RRB)
(CASE NUMBER)

EXHIBIT 1

48

**MEDICATIONS AT DISCHARGE**

1. Tylenol 325 mg 2 p.o. q.i.d. p.r.n. pain.
2. Tylenol with codeine 1-2 p.o. t.i.d. p.r.n. unremitting pain; do not exceed 10 Tylenol equivalents a day.
3. Risperdal 0.5 mg p.o. b.i.d.
4. Haldol 1 mg p.o. q.h.s. p.r.n.
5. Prevacid 15 mg p.o. q.d.
6. B12 1000 mcg IM q. week.
7. Multi-vitamin 1 p.o. q.d.

**DISCHARGE INSTRUCTIONS:**

1. Safety precautions at Pioneers Home - Up in chair as tolerated. Patient needs total assistance with feeding, bathing, toileting.
2. Continue Foley catheter; change q. month.
3. Soft diet, with assistance.
4. Ensure 6 ounces q.i.d.
5. Restrict fluid other than Ensure to 1 liter/day.
6. Weekly metabolic profile.
7. M.D. check in Clinic in two weeks.

Robert H. Carlson, M.D.

D: 07/18/01 08:24 a.m.
T: 07/18/01 10:15 a.m.
cgb
cc: Pioneers Home

PATIENT: **JAMES,** Sarah (Sitka)
DOB: 08/06/18
MR#: 00-01-44


SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM
Mt. Edgecumbe Hospital
222 Tongass Drive
Sitka, AK 99835 Tele: (907) 966.2411

## HISTORY AND PHYSICAL EXAMINATION REPORT

**DATE OF ADMISSION:** 07/01/01

**CHIEF COMPLAINT:** Foul-smelling urine.

**HISTORY OF PRESENT ILLNESS:** The patient is an 82-year-old woman who lives at the Pioneer Home who has multiple medical problems, including dementia, chronic anemia, vitamin B12 deficiency, recurrent urinary tract infections, hypertension, and a history of gastrointestinal bleeding, as well as chronic urinary incontinence. She was noted to have very foul-smelling urine at the Pioneer Home and some increased agitation. She was transported to the emergency room by the Pioneer Home transport team. In the emergency room she was quite agitated and screaming out with any interaction until her daughter, Mary Miller, was present, at which point she interacted with her, much of the interaction being in Tlingit. Evidently, she continues to complain of left arm and shoulder pain, which is chronic, as well as right hip pain. Apparently, she has had no recent fevers, sputum production, or cough.

**PAST HISTORY**
MEDICAL:
1. Status post iatrogenic fracture of the right hip in December 2000.
2. History of psychogenic polydipsia with associated hyponatremia.
3. Recurrent urinary tract infections.
4. Dementia, probably multi-infarct type.
5. Chronic anemia.
6. Vitamin B12 deficiency.
7. Diverticulosis.
8. Hypertension.
9. Gastroesophageal reflux disease.
10. Recurrent small-bowel obstructions.
11. Gastrointestinal bleeding.
12. Bilateral hearing defect with hearing aid on the right side.
13. History of paroxysmal atrial tachycardia and congestive heart failure.
14. Left-sided Bell palsy.
15. Fracture of the left shoulder with frozen left shoulder subsequently.
16. Old surgical neck fracture of the left humerus.
17. Urinary incontinence.
18. Depression.
19. Nasal fractures.

SURGICAL:
1. Multiple laparotomies for abdominal trauma in the 1970s.
2. Modified right radical mastectomy for breast cancer in 1982.
3. History of dilatation and curettage.
4. Lysis of adhesions.
5. Bowel surgery for obstruction.

Continued...

PATIENT: **JAMES,** Sarah (Sitka)
DOB: 08/06/18
MR#: 00-01-44

6. ORIF of a left tibial fracture.
7. Bilateral cataract surgeries.

**SOCIAL HISTORY:** The patient currently lives at the Pioneer Home. Her durable power of attorney is her daughter, Mary Miller.

**PHYSICAL EXAMINATION**

GENERAL: The patient is a well-bathed, well-kempt elderly woman who is lying on the emergency room gurney. She is interactive to voice but confused. With manipulation of her body during examination, she calls out occasionally with profanities.

HEENT: Head is atraumatic. Pupils are 2 mm and nonreactive. Extraocular movements are intact. Tympanic membranes are obscured by wax. Nose is without discharge. Oropharynx is without signs of trauma.

NECK: There is no cervical adenopathy present.

LUNGS: Very distant breath sounds, which are somewhat coarse in the base, but I do not hear rales or rhonchi.

HEART: Regular, slow, and without murmur.

ABDOMEN: Soft, nondistended, with bowel sounds present. It is nontender to firm palpation. There is mild costovertebral angle tenderness bilaterally. Coccyx reveals no bed sores or breakdown.

RECTAL: Rectum is patulous and contains Hemoccult-negative brown stool.

GU: Vagina is without discharge. A Foley was placed.

EXTREMITIES: Warm, dry distal extremities with brisk capillary refill x 4.

**DATA:** Urine is malodorous, thick, and somewhat brownish in color. Laboratories are incomplete at the time of this dictation, but what is available reveals a sodium of 124, calcium 6.4 consistent with albumin of 1.6, and potassium 4.7. Hematocrit is low at 24.3.

**ASSESSMENT:** Elderly woman who seems to be generally fairly close to her baseline in terms of her mental status according to her daughter. I DISCUSSED WITH HER DAUGHTER THE PATIENT'S ADVANCE DIRECTIVE, AND SHE EXPLAINED THAT THE PATIENT IS DO NOT RESUSCITATE/DO NOT INTUBATE STATUS. I also explained to her that her anemia is back, and it is possible that this is due to her B12 deficiency or her chronic gastrointestinal bleeding, though there is no blood in her stools. I will admit her for her obvious urinary tract infection and probable pyelonephritis as well as severe hyponatremia and dangerously low anemia.

1. Urinary tract infection/pyelonephritis: Will give the patient IV antibiotics, both Rocephin and Cipro, and await urine culture results.
2. Hyponatremia: This is a chronic intermittent problem for the patient, though it is quite severe today. She has polydipsia, which is psychogenic in nature, and will place her on fluid restriction as well as give her some gentle hydration with normal saline. Will recheck electrolytes in the morning.
3. Hypertension: This is controlled.

Continued...

4. Anemia: Apparently she has a history of B12 deficiency anemia, though there is no record in her chart of having received vitamin B12 on a regular basis. This is unclear to me though it certainly could be sorted out by her primary physician this week. We will follow serial hematocrits. I discussed with her daughter the possibility of transfusing her if her hematocrit goes much lower, and she feels that this would be appropriate level of care for the patient. Will get serial hemoglobin and hematocrit determinations and heme check all her stools. There may also be some hemorrhagic cystitis, as the Pioneer Home nurses had noticed some clots in her urine earlier today, though this is certainly not evident at all here in the emergency room at this time.
5. Malnutrition. The patient's albumin is 1.6. Will get a nutrition consult, and she will probably need some nutritional supplementation.



Elliot J. Bruhl, MD

jaa
D: 7/01/01 12:43 p.m.
T: 7/01/01 3:47 p.m.

cc: Pioneer Home

PATIENT: **JAMES,** Sarah (Sitka)
DOB: 08/06/18
MR#: 00-01-44