# Defendant's Discovery And Excerpts from Nursing Services Policy Manual Pages 1175, 1851 & 1903

SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM
MT. EDGECUMBE HOSPITAL - NURSING SERVICES POLICY MANUAL

## PATIENT SAFETY

5. Crutches issued to patients should be of the correct height and weight. They must have heavy rubber cup tips that are in excellent condition and free of wax and small particles. Notify the patient's RN with concerns.

6. Corridors should have handrails, especially in geriatric areas.

7. Proper use of wheelchairs should be explained to patients, their locking devices should be checked, and canvas seats should be examined for defects or loose stitching.

FALLS OF PATIENTS:

Falls are the predominant cause of injuries to patients, especially older patients. About 65% of all patient injuries occur within 10 feet of the patient's bed do to over reaching; attempts by irrational, incapacitated or post surgical patients trying to get out of bed without assistance.

The following guidelines should help prevent falls of the patient:

1. Bedside rails are required for all acute medical and surgical beds, and should be used for sedated, unconscious, disoriented or undependable patients of all ages as indicated in Patient Care Plan.

2. Rails are to be installed whenever drainage tubes, intravenous solutions, or catheters are being used.

3. Gentle soft-cloth safety devices may be used at the RN's discretion as a safety device. Leather restraints may be prescribed by the physician.

4. Bedside tables should be placed close enough to the patient to permit them to reach their watch, water pitcher, drinking cup, toiletries, urinal, bedpan and other articles. Urinals should be placed on side rail within easy access.

5. The call light button should be readily accessible to the patient at their bedside.

6. Beds should be lowered before the patient attempts to stand.

7. Use foot stools with rubber tips and a slip proof top surface.

8. Overhead light should be readily accessible to the patient.

9. All electrical appliances used within the room are to be properly grounded and the cords of short length to prevent tripping over on the floors and will be approved by BioMed.

10. Identification of patient's fall risk assessment shall be noted on the Patient Care Plan and safety measures identified.

SECTION 3:  SAFETY
REVISION:   4/2000                                            PAGE 3 - 13

MTEH0000001775

**SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM**
**MT. EDGECUMBE HOSPITAL - NURSING SERVICES POLICY MANUAL**

## ASSESSMENT OF POTENTIAL FOR INJURY

light system. All patients, who on the initial Nursing Admission Data Base are identified as having the Nursing Diagnosis "Potential for Injury," will have a fall prevention plan implemented.

6. Nursing personnel will at all times use the least restrictive safety device necessary to insure the patients safety.

7. Patient Care Plan of patients with potential for injury:

   a. All care plans should include education for the patient and their family/significant other about the hospital safety measures.
   b. Patients with potential for injury should be placed in rooms that maximize staff observation.
   c. Side rails should be elevated when indicated by nursing assessment.
   d. The Fall Risk Data Collection form or the Observation Flow Sheet should be used to collect data on patient compliance with safety measures and to document patient activities when safety devices are used. Patient injury potential should be immediately reassessed when alteration in level of consciousness or mental status is noted.
   e. Nursing orders should include frequency of patient safety checks.
   f. Call lights will be answered promptly.
   g. Reinforce the need for limitations of activity and the willingness of the nursing staff to provide assistance with every interaction.
   h. Involve the patients family in the program to ensure the patient's safety during hospitalization and at time of discharge.
   i. All dependent patient transfers (greater than 50 pounds) will utilize transfer boards, hydraulic lifts or at least two person assists.
   j. Assist patients with ambulation by using a gait belt whenever a patient is unsteady or has potential for injury.

8. The following external factors increase the risk of falls.

   a. Environmental factors such as objects or barriers in the persons surroundings. This can include wet floors, low lighting, lack of a handrail, or highly patterned floors.
   b. Barriers in the environment such as bedside rails can also be a risk factor. Patients can fall while attempting to climb out over the bed rail.
   c. Other objects that help with stability are toilets that are elevated and have handrails.
   d. Clothing can catch on furniture or doorknobs. Shoes or slippers that fit loosely or have slippery or sticky soles are also hazardous.
   e. Assistive devices can be hazardous if the patient is <u>not</u> educated on the proper use, such as crutches or walkers. Be sure to check the rubber tips of personal items to maintain them properly.
   f. Safety devices can be hazardous if too tight or if the patient fights against the device. Always check the condition of the skin if a safety device is being used.

SECTION 7:   PATIENT CARE
REVISION:    4/2000                                            PAGE 7 - 9

**SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM**
**MT. EDGECUMBE HOSPITAL - NURSING SERVICES POLICY MANUAL**

## SAFETY DEVICES APPLICATION

      2) An RN assessment should be made for the use of all four rails being in the upright position.

9. Special considerations:

   a. When patient is at high risk of aspiration - position on side.
   b. Never secure all 4 limb devices to one side of bed.
   c. Don't apply a limb device above on IV site because this may occlude the infusion or cause infiltration into surrounding tissue.
   d. Never secure devices to side rails.

10. Documenting safety devise use and patient observations:

    a. Record patient's behavior that necessitated a safety device, when the devices were applied and removed, and the type of device used.
    b. Describe reassessments of patient's mental status for continued use of devices.
    c. Record circulation sensation and motion of restrained limbs.

    NOTE: The Nursing Observation Flowsheet form allows for data collection every 15-30 minutes. It may be completed by all levels of nursing personnel. The RN must review and reassess patient status.

REFERENCE:

Nursing Services Policy Manual, Assessment of Potential for Injury; Aggressive Patient Management; and Assessment/Reassessment Criteria.

Lippincott Manual of Nursing Practice, 6th Edition, pages 136-139 and 1137-1140.

SECTION 7: PATIENT CARE
REVISION: 4/2000

PAGE 7 - 61