Law Office of Michael Jude Pate
P.O. Box 6384
Sitka, Alaska 99835
(907) 747-2814
(907) 747-2834 fax
jude@ptialaska.net

RECEIVED
FEB 1 5 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARY MILLER, AS PERSONAL )
REPRESENTATIVE FOR THE )
ESTATE OF SARAH JAMES )
)
Plaintiff, )
)
vs. )
)
THE SOUTHEAST ALASKA )
REGIONAL HEALTH )
CONSORTIUM, )
MT. EDGECUMBE HOSPITAL )
AND DEPARTMENT OF HEALTH )
& HUMAN SERVICES, UNITED )
STATES OF AMERICA, )
)
Defendants. )

Case No. # J04-014 CV (RRB)

**AFFIDAVIT OF MICHAEL JUDE PATE**

1. My name is Michael Jude Pate. I am the attorney for Mary Miller in the above matter. My business address is printed in the margin to the left.

2. The facts stated in the plaintiff's opposition are true to the best of my knowledge and are based upon my review of the filings and discovery provided.

|   |   |
|---|---|
| 1 | Dated this 13th day of February, 2006 |
| 2 | |
| 3 | _____ |
| 4 | Michael Jude Pate |

Subscribed and Sworn to before me by Michael Jude Pate this 13th day of February, 2006, at Sitka, Alaska.

SEAL

_____
Notary Public for Alaska
My Commission Expires: __8-15-08__

AFFIDAVIT OF LEGAL COUNSEL, Page - 2 of 2