DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARY MILLER, as personal representative of the Estate of Sara James<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM, MT. EDGECUMBE HOSPITAL, and DEPARTMENT OF HEALTH and HUMAN SERVICES<br><br>　　　　Defendants. | Case No.  1:04-cv-14-RRB<br><br>UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

　　　The United States, through counsel, on behalf of all defendants named

herein, moves for an extension of time to March 6, 2006, in which to file its Reply

to Opposition to Motion for Summary Judgment.  The undersigned has spoken with Michael Jude Pate, Plaintiff's counsel, who has stated that he is not opposed to the proposed extension.

The extension is not sought for the purposes of delay or harassment.

Respectfully submitted, on February 24, 2006.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Daniel R. Cooper, Jr.
> Assistant U. S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3376
> Fax: (907) 271-2344
> E-mail: Daniel.Cooper@usdoj.gov
> AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2006,
a copy of the foregoing United States' Unopposed
Motion for Extension of Time to file Reply
to Opposition to Motion for Summary Judgment
was served electronically on Michael Jude Pate.

s/ Daniel R. Cooper, Jr.