IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARY MILLER, as personal representative of the Estate of Sara James<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM, MT. EDGECUMBE HOSPITAL, and DEPARTMENT OF HEALTH and HUMAN SERVICES,<br><br>Defendants. | Case No. 1:04-cv-014-RRB<br><br>] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

Based upon the Unopposed Motion for Extension of Time to File Reply to Opposition to Motion for Summary Judgment filed in this matter, and sufficient reason being shown, it is ordered that the Defendants will have until March 6, 2006, to file their Reply.

DATED: 2/25/06

RALPH R. BEISTLINE
U. S. DISTRICT COURT JUDGE