DEFENDANTS' REPLY TO OPPOSITION

TO MOTION FOR SUMMARY JUDGMENT

EXHIBIT A

**SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM**
**MT. EDGECUMBE HOSPITAL - NURSING SERVICES POLICY MANUAL**

## SAFETY DEVICES APPLICATION

PURPOSE:

1. To prevent the confused, disoriented, or combative patient from injuring himself or others.

2. Description of safety devices utilized:

   a. <u>Vest and belt</u> prevent falls from bed or chair; permit full movement of arms and legs.
   b. <u>Limb devices</u> prevent removal of supportive equipment, such as IV lines, indwelling catheters, and nasogastric tubes; allow only slight limb motion.
   c. <u>Mitts</u> are prevent removal of supportive equipment, discourage scratching of skin, rashes or sores, and prevent combative patients from injuring himself or the nursing staff.
   d. <u>Electronic safety devices</u> monitor patients in the least restrictive environment. The device is attached to the patient to signal staff of the patients movement.
   e. <u>Geri chair</u> provides position changes for non-ambulatory patients. The tray provides support and an area on which to eat and carry on activities. When the chair tray is inn place it becomes a safety device.
   f. <u>Bed rails</u> are a safety device. Each patient should be evaluated for safety prior to using the side rails.
   g. <u>Mummy devices</u> restrict infant movement during procedures.

   NOTE: Limb devices are contraindicated in seizure prone patients because they exaggerate the risk of fracture and traumas.

POLICY:

NOTE: When patients demonstrate alteration in level of consciousness, mental status, or exhibit non-compliance with safety measures, safety devices and/or constant observation will be <u>immediately</u> considered. This includes the cognitively impaired or brain damaged patient.

1. Application of safety devices is <u>not</u> considered restraints unless the patient indicates that the application is against their will and fights their use or the legal guardian refuses their application. In such circumstances, refer to Nursing Services Policy Manual, Restraints. A physician order must be obtained and renewed per policy for the use of restraints.

2. Devices will be applied as determined by Nursing Services Policy Manual, Fall Risk Assessment, or by physician order. Nursing personnel who have 24 hour responsibility for patient care are in the best position to determine Fall Risk as related to the nursing diagnosis potential for injury.

3. Emergency equipment will be readily available.

**SECTION 7:   PATIENT CARE**
**REVISION:    4/2000**                                          **PAGE 7 - 58**

MTEH0000001900

SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM
MT. EDGECUMBE HOSPITAL - NURSING SERVICES POLICY MANUAL

### SAFETY DEVICES APPLICATION

4. In event of internal or external disaster, appropriate number and type of personnel will be assigned to insure patient safety.

5. All patients will be offered fluids, bedpan, urinal or the opportunity to use the bathroom every hour and documented.

6. Complete Fall Risk Assessment form. Never leave a confused or combative patient unattended while attempting to secure the appropriate safety device. Patients who are designated Fall Risks, who are removed from the device, must have someone in attendance within three (3) feet or arm's length at all times or the appropriate electronic safety device applied.

7. Tell the patient what you are about to do and describe the safety device to him. Assure him they are being used to protect him from injury rather than to punish him.

8. The RN has overall responsibility for all portions of the following safety devices application, even if portions are performed by other staff:

    a. To place a vest restraint:

        1) Assist patient to a sitting position.
        2) Slip vest over gown.
        3) Crisscross cloth flaps at the front with v-shaped opened at patient's throat.
        4) Pass the tab on one flap through slot on opposite flap.
        5) Adjust vest for patient comfort.
        6) You should be able to slip your fist between vest and patient.

            NOTE: Avoid wrapping vest too tightly because this may restrict respiration.

        7) Tie the vest straps securely to bed frame or wheelchair, out of patient's reach. Use a bow or knot that can be released quickly and easily in an emergency. (Refer to NOTE in the purpose statements of this policy.)
        8) Leave 1"- 2" slack in straps to allow room for movement.
        9) Check vest frequently after applying and loosen at least q 2 hours so patient can stretch, turn, and breathe deeply. Patient comfort will be assessed every 30 minutes and documented.

    b. To place a limb device:

        1) Pad patient's wrist or ankle with gauze sponges to reduce friction helping to prevent irritation and skin breakdown. Then wrap device around the gauze sponge.
        2) Fasten buckle or velcro cuffs to fit device. You should be able to slip 1 or 2 fingers between restraint and patient's skin.

**SECTION 7: PATIENT CARE**
**REVISION: 4/2000**                                              PAGE 7 - 59

MTEH0000001901

SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM
MT. EDGECUMBE HOSPITAL - NURSING SERVICES POLICY MANUAL

## SAFETY DEVICES APPLICATION

    3) Check for sensation, motion and circulation q 30 minutes and document.
    4) Tie restraint's long strap ends securely to bed frame out of patient reach. Flex patient's arm or leg slightly to leave 1-2" slack before securing straps. Tie a bow or knot that can be released quickly and easily in an emergency.
    5) After applying limb device be alert for signs of impaired circulation in extremity distal to restraint. Loosen or remove device at least q 2 hours and perform ROM exercises to stimulate circulation and prevent any loss of mobility.
    6) Offer fluids and bathroom access every two (2) hours.

c. To place a mitt device:

    1) Wash and dry patient's hands.
    2) Roll up washcloth or gauze pad and place in patient's palm having him form loose fist, pull mitt over it and secure the closure.
    3) To restrict patient's are movements, attach strap to mitt and tie securely to bed frame.
    4) Check hand movement and skin color frequently to assess circulation, and perform passive ROM exercises.

d. To place a belt device:

    1) Center flannel pad of belt on bed. Then wrap the short strap of belt around bed frame and fasten under bed.
    2) Position patient on pad, then have him roll slightly to one side while you guide the long strap around their waist and through slot in pad.
    3) Wrap long strap around the bed frame and fasten it under the bed.
    4) After applying the belt, slip your hand between the patient and the belt to ensure a secure but comfortable fit.

e. To place a electronic safety device: Refer to the applicable manufacture instructions for each device.

f. To place a patient in a geriatric chair:

    1) Use the procedure for moving a patient into the chair.
    2) Use the tray available to come over the chair and lock into place in front of the patient.
    3) The tray does <u>not</u> have to be in place unless the patient needs it for a safety device.

g. To use bedside rails:

    1) Bedside rails are available for all beds in the hospital but <u>not</u> all beds have four (4) available rails.

SECTION 7:   PATIENT CARE
REVISION:    4/2000                                              PAGE 7 - 60

**SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM**
**MT. EDGECUMBE HOSPITAL - NURSING SERVICES POLICY MANUAL**

### SAFETY DEVICES APPLICATION

    2) An RN assessment should be made for the use of all four rails being in the upright position.

9. Special considerations:

   a. When patient is at high risk of aspiration - position on side.
   b. Never secure all 4 limb devices to one side of bed.
   c. Don't apply a limb device above on IV site because this may occlude the infusion or cause infiltration into surrounding tissue.
   d. Never secure devices to side rails.

10. Documenting safety devise use and patient observations:

    a. Record patient's behavior that necessitated a safety device, when the devices were applied and removed, and the type of device used.
    b. Describe reassessments of patient's mental status for continued use of devices.
    c. Record circulation sensation and motion of restrained limbs.

    NOTE: The Nursing Observation Flowsheet form allows for data collection every 15-30 minutes. It may be completed by all levels of nursing personnel. The RN must review and reassess patient status.

REFERENCE:

Nursing Services Policy Manual, Assessment of Potential for Injury; Aggressive Patient Management; and Assessment/Reassessment Criteria.

<u>Lippincott Manual of Nursing Practice</u>, 6th Edition, pages 136-139 and 1137-1140.

**SECTION 7: PATIENT CARE**
**REVISION: 4/2000**

**PAGE 7 - 61**

MTEH0000001903