IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARY MILLER, As Personal Representative For The Estate Of SARAH JAMES,<br><br>      Plaintiff,<br><br>vs.<br><br>THE SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM, MT. EDGECUMBE HOSPITAL AND DEPARTMENT OF HEALTH & HUMAN SERVICES, UNITED STATES OF AMERICA,<br><br>      Defendants. | Case No. 1:04-cv-0014-RRB<br><br><br>**ORDER REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Before the Court are Defendants with a Motion for Summary Judgment at Docket 28, which Plaintiff opposes at Docket 36.

After considering, in detail, the pleadings filed in this matter and the relevant exhibits, the Court concludes that this must be treated as a malpractice action under Alaska law. The Court further concludes that the level of restraints and/or supervision a hospital must provide a patient is sufficiently

complex to require expert testimony.  Therefore, the Court accepts the arguments of Defendants and is inclined to grant Defendants' Motion for Summary Judgment for the reasons expressed therein. However, in order to avoid any injustice, the Court will permit Plaintiff an additional 60 days, until **May 8, 2006**, within which to provide the Court with expert testimony regarding Defendants' liability and to supplement her opposition to the aforesaid summary judgment motion.  Defendants may, of course, reply.  If the Plaintiff is able to satisfy the Court regarding this issue, the case can proceed.  Otherwise, the Court will grant the Motion for Summary Judgment and enter a final order of dismissal.

ENTERED this 8th day of March, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER RE DEFENDANTS' MOTION
  FOR SUMMARY JUDGMENT - 2
1:04-CV-0014-RRB