IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARY MILLER, As Personal Representative For The Estate Of SARAH JAMES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM, MT. EDGECUMBE HOSPITAL AND DEPARTMENT OF HEALTH & HUMAN SERVICES, UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No. 1:04-cv-0014-RRB<br><br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

　　　　For the reasons set forth in this Court's Order Regarding Defendants' Motion for Summary Judgment (Docket 41), and noting that no expert testimony has been produced or supplemental briefing filed by Plaintiff, Defendants' Motion for Summary Judgment (Docket 28) is hereby **GRANTED**.

　　　　ENTERED this 16th day of May, 2006.

　　　　　　　　　　　　　　　/s/ RALPH R. BEISTLINE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE