UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MARY MILLER, As Personal
Representative For the Estate
of SARAH JAMES,
      Plaintiff,

Case Number 1:04-cv-00014-RRB

v.

THE SOUTHEAST ALASKA REGIONAL
HEALTH CONSORTIUM, MT EDGECUMBE
HOSPITAL AND DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
UNITED STATES OF AMERICA
      Defendant.

**JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX** **DECISION BY COURT.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendants recover from the plaintiffs their costs of action.

/s/ RALPH R. BEISTLINE
~~RALPH~~ R. BEISTLINE
United States District Judge
**REDACTED SIGNATURE**
Date: May 24, ~~2006~~

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

IDA ROMACK
Ida Romack, Clerk of Court

[~5159543.wpd]{JMT2.WPT*Rev.3/03}